# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CRIMINAL 04-00279JMS-01

CASE NAME: United States of America vs. Arnulfo Barajas Ocampo, aka Miguel LNU, aka Jose Luis Cervantes

ATTYS FOR PLA: Beverly Wee Sameshima

ATTYS FOR DEFT: Donna M. Gray

INTERPRETER: Patricia Harpstrite

JUDGE: J. Michael Seabright         REPORTER: Debra Chun

DATE: 4/6/2006                       TIME: 2:15 - 2:40

COURT ACTION: Sentencing to Counts 1 and 2 of the Indictment:

Defendant present in custody with counsel Donna Gray.

Allocution by the defendant.

Imprisonment 135 months, as to each of Counts 1 and 2 of the Indictment, with both terms to be served concurrently.

Supervised Release 5 years under the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 15 valid drug

    tests per month during the terms of supervision (mandatory condition).

Page 2
Criminal 04-00279JMS-01
U.S.A. vs. Arnulfo Barajas Ocampo
April 6, 2006

5.      That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6.      That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7.      That the defendant submit to removal proceedings, including deportation or exclusion as required by the Department of Homeland Security. The defendant shall not enter the United States without proper authorization.

No fine imposed.

Special Monetary Assessment $200.

Advised of rights to appeal.

RECOMMENDATION: Terminal Island.

That the defendant participate in the 500 Hour Comprehensive Drug Treatment Program.

That the defendant participate in english language program, and vocational training programs.

MITTIMUS:   Forthwith.

Submitted by:   Dottie Miwa, Courtroom Manager