ORIGINAL

PETER C. WOLFF, JR.   #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY   # 4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     fpdhi@hotmail.com

Attorney for Defendant
ARNULFO BARAJAS OCAMPO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 17 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 04-00279-01 JMS |
| Plaintiff, | ) NOTICE OF APPEAL; |
| vs. | ) CERTIFICATE OF SERVICE |
| ARNULFO BARAJAS OCAMPO, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that defendant

ARNULFO BARAJAS OCAMPO, through counsel, Donna M. Gray, Assistant

Federal Defender, hereby appeals to the United States Court of Appeals for the

Ninth Circuit from the Judgment of Conviction and Sentence entered by the Honorable J. Michael Seabright on April 13, 2006.

DATED: Honolulu, Hawaii, April 17, 2006.

_____
DONNA M. GRAY
Attorney for Defendant
ARNULFO BARAJAS OCAMPO

## CERTIFICATE OF SERVICE

The undersigned hereby certify that a true and exact copy of the foregoing document was duly hand-delivered to the following on April 17, 2006:

BEVERLY A. SAMESHIMA
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96850

Attorney for Plaintiff-Appellee
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, April 17, 2006.

_____
Hermi Hunt