# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. ARNULFO BARAJAS OCAMPO

**U.S. COURT OF APPEALS DOCKET NUMBER:** 06-10264

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CR 04-00279JMS

II **DATE NOTICE OF APPEAL FILED:** 04/17/06

III **U.S. COURT OF APPEALS PAYMENT STATUS:** Federal Defender

**DOCKET FEE PAID ON:**     **AMOUNT:**

**NOT PAID YET:**     **BILLED:**

**U.S. GOVERNMENT APPEAL:**     **FEE WAIVED:**

**WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**

**WAS F.P. STATUS REVOKED:**     **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 0 4 2006
DISTRICT OF HAWAII

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID _____ 06-10264

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)