AO 243 (Rev. 2/95)

ORIGINAL

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 15 2007

at 1 o'clock and 9 min P M.
SUE BEITIA, CLERK

| United States District Court | District | |
|---|---|---|
| Name of Movant ARNULFO BARAJAS-OCAMPO | Prisoner No. 91554-022 | Case No. CR-04-00279-JMS-01 |

Place of Confinement

L.S.C.I. ALLENWOOD. P.O. BOX 1000, WHITE DEER, PA 17887

UNITED STATES OF AMERICA   V.   ARNULFO BARAJAS-OCAMPO
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  UNITED STATES DISTRICT COURT OF HAWAII (HONOLULU)

2. Date of judgment of conviction  APRIL 13, 2006

3. Length of sentence  135 MONTHS

4. Nature of offense involved (all counts)  21 U.S.C. §§ 841(a)(1); 841(b)(1)(A), 846 COUNT 1 CONSPIRE TO DISTRIBUTE & POSSESS W/INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE APPROX. 394.3 GRS. 21 U.S.U. § 846, § 841(a)(1), § 841(b)(1)(A). COUNT 2. POSS. W/INT. TO DIST. 50 GRS. OR MORE OF METH. 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A).

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☐
   (c) Nolo contendere ☒

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   _____
   _____
   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☒

AO 243   (Rev. 2/95)

9.  If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐   No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____
        _____

        (3) Grounds raised _____
        _____
        _____
        _____
        _____
        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐   No ☐

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Name of proceeding _____
        _____

        (3) Grounds raised _____
        _____
        _____
        _____
        _____
        _____

(3)

AO 243   (Rev. 2/95)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
       Yes ☐   No ☐

    (5) Result _____

    (6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐   No ☐
    (2) Second petition, etc.   Yes ☐   No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(4)

AO 243 (Rev. 2/95)

    (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
    (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
    (e) Conviction obtained by a violation of the privilege against self-incrimination.
    (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
    (g) Conviction obtained by a violation of the protection against double jeopardy.
    (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
    (i) Denial of effective assistance of counsel.
    (j) Denial of right of appeal.

A. Ground one: **"JUDICIAL AND GOVERNMENT VIOLATIONS"**

Supporting FACTS (state *briefly* without citing cases or law): **AT PLEA COLLOQUY BECAUSE THE COURT AND THE PROSECUTOR MADE AMBIGUOS STATEMENTS AT DEFENDANT'S HEARING ABOUT THE TYPE, QUANTITY AND PURITY OF THE DRUG IN THE OFFENSE**

B. Ground two: **"JUDICIAL VIOLATION AT SENTENCING"**

Supporting FACTS (state *briefly* without citing cases or law): **BECAUSE COURT'S FAILURE TO ENFORCE DEFENDANT'S PLEA AND BY ADOPTING PSR TO IMPOSE A SENTENCE**

C. Ground three: **"INEFECTIVE ASSISTANCE COUNSEL"**

Supporting FACTS (state *briefly* without citing cases or law): **BECAUSE COUNSEL'S FAILURE TO OBJECT ERRORS AT PLEA COLLOQUY AND HER FAILURE TO IDENTIFY THE ISSUES TO RISE AND APPEAL**

(5)

AO 243     (Rev. 2/95)

D.  Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

12 A, B & C WERE NOT PREVIOUSLY PRESENTED BECAUSE DEFENDANT'S COUNSEL CHOSE TO FILE AN "ANDERS BRIEF".

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐     No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing  MS. FAYMONVILLE, FED PUBLIC DEFENDER, 330 ALA MOANA BLVD. STE. 7104, HONOLULU, HAWAII (808) 541-2521

    (b) At arraignment and plea _____

    (c) At trial  DONNA M. GRAY, ASSISTANT FED. DEFENDER 300 ALA MOANA BLVD. STE. 7104, HONOLULU, HAWAII (808) 541-2521

    (d) At sentencing  SAME AS ABOVE

(6)

AO 243    (Rev. 2/95)

    (e) On appeal ____SAME AS ABOVE_____

    (f) In any post-conviction proceeding _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding _____

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
  Yes ☐   No ☒

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
  Yes ☐   No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
  Yes ☐   No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____N/A_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__10/11/07__
Date

_____Arnulfo Ocampo_____
Signature of Movant

(7)

# PROOF OF SERVICE

I certify that on 10/11/07 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below:**

UNITED STATES DISTRICT COURT
OF HAWAII (HONOLULU)
U.S. COURTHOUSE
HONOLULU, HAWAII 96850

U.S. ATTORNEY OFFICE
AUSA BEVERLY WEE SAMESHIMA
300 ALA MOANA BLVD
ROOM G-100
HONOLULU, HAWAII 96850

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on 10/11/07 (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_Arnulfo Ocampo_
Signature

Dated: 10/11/07

Rev. 09/05

7