EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 8 2004

at ____ o'clock and ____ min. ____ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>ARNULFO BARAJAS OCAMPO,  (01)<br>  aka Miguel LNU,<br>  aka Jose Luis Cervantes,<br>JOHN MICHAEL WALDROUPE,  (02)<br>SUSAN DARLENE MAKIO,    (03)<br><br>          Defendants. | CR. NO. CR 04-00279 DAE<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 841(a)(1);<br> 841(b)(1)(A), 846] |

INDICTMENT

Count 1

The Grand Jury charges that:

From a time unknown up through and including on or

about July 15, 2004, in the District of Hawaii, Defendants

ARNULFO BARAJAS OCAMPO, also known as Miguel LNU and Jose Luis

SEALED
BY ORDER OF THE COURT

EXHIBIT A

- 10 -

Cervantes ("OCAMPO"), JOHN MICHAEL WALDROUPE ("WALDROUPE"), and SUSAN DARLENE MAKIO ("MAKIO"), and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, approximately 394.3 grams (gross weight), a Schedule II controlled substance, in violation of Title 21, United States Code Sections 846, 841(a)(1) and 841 (b)(1)(A).

<u>OVERT ACTS</u>

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii:

1.  In or around July 13, 2004, Defendants WALDROUPE and MAKIO registered as guests at the Miramar Hotel, in Waikiki, in Honolulu, Hawaii, the District of Hawaii.

2.  In or around July 2004, Defendant OCAMPO resided at various times in the Miramar Hotel and Ocean Resort Hotel with Defendants WALDROUPE and MAKIO.

3.  On or about July 13, 2004, Defendants WALDROUPE and MAKIO provided a sample of methamphetamine to OCAMPO for distribution to others.

4.  On or about July 15, 2004, Defendants OCAMPO, WALDROUPE and MAKIO possessed a quantity of methamphetamine for distribution to others.

EXHIBIT A

- 11 -

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

<u>Count 2</u>

The Grand Jury further charges that:

On or about July 15, 2004, in the District of Hawaii, Defendants OCAMPO, WALDROUPE and MAKIO did knowingly and intentionally, possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, approximately 335.4 grams (gross weight), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATED: _____, 2004 at Honolulu, Hawaii.

A TRUE BILL

_L Lu_

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

<u>UNITED STATES V. ARNULFO BARAJAS OCAMPO, ET AL.</u>
Cr. No. _____
"INDICTMENT"

EXHIBITA
- 12 -