**U.S. Department of Justice**
**Drug Enforcement Administration**    T65170

Read Instructions on Reverse before completing.

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase | ☐ Seizure | ☒ Free Sample | | | |
| ☐ Lab. Seizure | ☐ Money Flashed | ☐ Compliance Sample (Non-Criminal) | | | |
| ☐ Internal Body Carry | ☐ Other (Specify) NA | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Honolulu, HI | 07-13-2004 | AUG 18 2004 |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| NA | ☐ Case No. OR ☐ Seizure No.  No. NA | 07-14-2004 | HDO 1 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| #1 | NA | Methamphetamine | One clear zip-lock bag containing crystalline type substance. *field tested postive for amphetamine. | | 24.6 grams | 00.00 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?  ☐ NO (included above)  ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
On July 13, 2004, SA Jude Tanella, acting in an undercover capacity, met with suspect Miguel BELTRAN at Captain Zack's Marlin Bar, 2330 Kalakaua Avenue, Honolulu, HI and received a free sample of suspected crystal methamphetamine (exhibit #1). SAs Tanella and William Wise transported the exhibit to the DEA HDO where it was field tested positive for methamphetamine. SA Wise placed the exhibit in DEA evidence envelope and then into the drug temporary safe. On July 14, 2004, SA James Yuen removed exhibit #1, witnessed by SA Wise. Exhibit #1 was mailed to the DEA Southwest Laboratory with return receipt requested under RR# RB 946 759 049 US.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| William Wise, SA | Robert Aiu, GS |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 | RM RB 946 759 049 | |
| 22. SEAL ☐ Broken ☒ Unbroken | 23. RECEIVED BY (Signature & Date) 7-20-04 | 24. Print or Type NAME and TITLE Phillips |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS    176282

EX #1

Gross Wt:   24.8g
Net Wt:     0.083g
Contains:   d-Methamphetamine HCl

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| 1 | | d-Methamphetamine HCl | N/A | | | N/A | 0.080g |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| Larry Burnett | Forensic Chemist | 07/28/2004 |
| 37. APPROVED BY (Signature & Date) William F. Phillips  8-11-04 | 38. TITLE Laboratory Director | 39. LAB. LOCATION Vista, CA |

DEA Form - 7    Previous edition dated 4/90 may be used until stock is exhausted.

085

EXHIBIT B