**U.S. Department of Justice**
**Drug Enforcement Administration**

T6484

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

Read Instructions on Reverse before completing.

| 1. HOW OBTAINED (Check) | | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|---|
| ☐ Purchase | ☐ Seizure | ☐ Free Sample | | | | |
| ☐ Lab. Seizure | ☒ Money Flashed | ☐ Compliance Sample (Non-Criminal) | | | | |
| ☐ Internal Body Carry | ☐ Other (Specify) | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Honolulu, HI | 07-14-2004 | AUG 18 2004 |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|---|
| NA | ☐ Case No. OR ☐ Seizure No. No. NA | | 07-14-2004 | HDO 1 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| #2 | NA | Methamphetamine | Two clear zip-lock bags | | 58.5 | 0.00 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☐ NO (included above) ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
On 07-14-2004, S/A Jude Tanella acting in an undercover capacity, met with suspect Arnulfo OCOMPO, aka Jose Luis FORSAN-CERVANTES, at La Cucaracha, 2310 Kuhio Ave., Honolulu, HI and received Exhibit #2 suspected crystal methamphetamine. S/A's Tanella and Wise transported the Exhibit to the HDO where it field tested positive for methemphetamine. S/A Tanella placed Exhibit 2 into the temporary overnight drug safe. On 07-15-2004, S/A Patrick Picciano removed Exhibit #2, witnessed by TFO Damien Freitas. S/A Tanella mailed Exhibit 2 on 07-15-2004 to the DEA Southwest Laboratory under RMRR RB946759052US.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| SA Jude A. Tanella | Robert Aiu, Group Supervisor |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 | RMR RB 946 759 052 | |

| 22. SEAL | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |
|---|---|---|
| ☐ Broken ☒ Unbroken | 7/15/04 | |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

176247

EX #2

Gross Wt:   82.7g
Net Wt:     56.3g
Contains:   d-Methamphetamine HCl

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 2 | | d-Methamphetamine HCl | 88 | % | | 49.5g | 55.6g |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| Harry Burnett | Forensic Chemist | 07/28/2004 |

| 37. APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |
|---|---|---|
| William F. Phillips  8-11-04 | Laboratory Director | Vista, CA |

086

EA Form - 7    Previous edition dated 4/90 may be used until stock is exhausted.    EXHIBIT C    1 - Prosecution