U.S. Department of Justice  
Drug Enforcement Administration    T(H843

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

Read instructions on Reverse before completing

| 1. HOW OBTAINED (Check) | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|
| ☐ Purchase  ☒ Seizure  ☐ Free Sample ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal) ☐ Internal Body Carry  ☐ Other (Specify) | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Honolulu, HI | 07-15-2004 | AUG 18 2004 |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL ☐ Case No. OR ☐ Seizure No.  No. NA | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| NA | | 07-15-2004 | HDO 1 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 3 | | Methamphetamine | One sock containing eight clear plastic baggies with a crystal like substance inside each | | 253.9 gms | 0.00 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?  ☒ NO (included above)  ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
On July 15, 2004, SA Jude Tanella seized Exhibit 3 during the execution of a Federal Search Warrant at room 2120, Miramar Waikiki Hotel, 2345 Kuhio Avenue, Honolulu, HI. S/A Tanella transferred custody of Exhibit 3 to TFO Damien Freitas, who transported it to the Honolulu District Office. TFO Freitas processed Exhibit 3 into evidence, witnessed by SA Tanella. TFO Freitas mailed Exhibit 3 to the DEA Southwest Laboratory under RMRR RB946759052US.

****FINGERPRINTS REQUESTED****

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| SA Michael D. Rodriguez | GS Robert Aiu |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 | RMR RB946759052 | |

| 22. SEAL  ☐ Broken  ☒ Unbroken | 23. RECEIVED BY (Signature & Date)  BL 7/19/2004 | 24. Print or Type NAME and TITLE |
|---|---|---|

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS                                          176248

EX #3

Gross Wt:  292.6g  
Net Wt:   217.3g  
Contains: d-Methamphetamine HCl

Packaging separated for fingerprint examination. Separate report to follow.

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| 3 | | d-Methamphetamine HCl | 91 | % | | 197.7g | 215.8g |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| Harry Burnett | Forensic Chemist | 07/28/2004 |

| 37. APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |
|---|---|---|
| William F. Phillips  8-11-04 | Laboratory Director | Vista, CA   087 |

DEA Form - 7    Previous edition dated 4/90 may be used until stock is exhausted    EXHIBIT D    1 - Prosecution

U.S. Department of Justice
Drug Enforcement Administration  T6484

Read Instructions on Reverse before completing.

T6845  T68470  T68471  T68472

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|---|
| ☐ Purchase | ☒ Seizure | ☐ Free Sample | | | | |
| ☐ Lab. Seizure | ☐ Money Flashed | ☐ Compliance Sample (Non-Criminal) | | | | |
| ☐ Internal Body Carry | ☐ Other (Specify) | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Honolulu, HI | 07-15-2004 | AUG 18 2004 |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| NA | ☐ Case No. OR ☐ Seizure No.  No. NA | 07-15-2004 | HDO 1 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 4 | | methadone | One clear plastic bag with a plastic bottle inside containing a white liquid | | 79.1 gms | 0.00 |
| 5 | | unknown | One pill bottle containing four pills and one pill bottle containing five pills | | 57.6 gms | 0.00 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?   ☒ NO (included above)   ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
On July 15, 2004, SA Jude Tanella seized Exhibits 4 and 5 during the execution of a Federal Search Warrant at room 2120, Miramar Waikiki Hotel, 2345 Kuhio Avenue, Honolulu, HI. S/A Tanella transferred custody of Exhibits 4 and 5 to TFO Damien Freitas, who transported it to the Honolulu District Office. TFO Freitas processed Exhibits 4 and 5 into evidence, witnessed by SA Tanella. TFO Freitas mailed Exhibits 4 and 5 to the DEA Southwest Laboratory under RMRR RB946759052US.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| SA Michael D. Rothermund | GS Robert Aiu |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 2 | RMR RB 946 759 052 | |
| 22. SEAL | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |
| ☐ Broken  ☒ Unbroken | 7/19/2004 | Morning cart SK |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

| | EX #4 | EX #5A | EX #5B | 176249 176250 |
|---|---|---|---|---|
| Gross Wt: | 79.1g | —57.8g— | | |
| Net Wt: | 26.7g (30 ml) | 0.56g (1 tablet) | 0.94g (2 tablets) | |
| Contains: | Methadone | Carisoprodol | Non-Controlled Non-Narcotic Drug | |

Page 1 of 2

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 4 | | Methadone (Calc. as HCl) | 1.8 | mg | ml | 0.054g | 22.2g (25ml) |
| 5A | | Carisoprodol | N/A | | | N/A | 0.38g (1/2 tab + powder) |
| 5B | | Non-Controlled Drug | N/A | | | N/A | 0.71g (1 1/2 tab + powder) |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| Larry Burnett | Forensic Chemist | 08/04/2004 |
| 37. APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |
| William F. Phillips  8/1/04 | Laboratory Director | 088  Vista, CA |

EXHIBIT D

DEA Form - 7

U.S. Department of Justice  T64844
Drug Enforcement Administration

Read Instructions on Reverse before completing.   T6?345   T68410   T68471   T68472

REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

**1. HOW OBTAINED** (Check)
- [ ] Lab. Seizure
- [ ] Purchase
- [X] Seizure
- [ ] Free Sample
- [ ] Money Flashed
- [ ] Compliance Sample (Non-Criminal)
- [ ] Internal Body Carry
- [ ] Other (Specify)

**2a. FILE NO.**

**2b. PROGRAM CODE**

**3. G-DEP ID**

**4a. WHERE OBTAINED** (City, State/Country): Honolulu, HI

**4b. DATE OBTAINED**: 07-15-2004

**5. FILE TITLE**

**6a. REFERRING AGENCY** (Name): NA

**6b. REFERRAL**: Case No. OR Seizure No. No. NA

**7. DATE PREPARED**: 07-15-2004

**8. GROUP NO.**: HDO 1

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 4 | | methadone | One clear plastic bag with a plastic bottle inside containing a white liquid | | 79.1 gms | 0.00 |
| 5 | | unknown | One pill bottle containing four pills and one pill bottle containing five pills | | 57.6 gms | 0.00 |

**16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?** [X] NO (included above)  [ ] YES

**REMARKS:**
On July 15, 2004, SA Jude Tanella seized Exhibits 4 and 5 during the execution of a Federal Search Warrant at room 2120, Miramar Waikiki Hotel, 2345 Kuhio Avenue, Honolulu, HI. S/A Tanella transferred custody of Exhibits 4 and 5 to TFO Damien Freitas, who transported it to the Honolulu District Office. TFO Freitas processed Exhibits 4 and 5 into evidence, witnessed by SA Tanella. TFO Freitas mailed Exhibits 4 and 5 to the DEA Southwest Laboratory under RMRR RB946759052US.

**17. SUBMITTED BY SPECIAL AGENT** (Signature): SA Michael D. Rothermund

**18. APPROVED BY** (Signature & Title): GS Robert Aiu

### LABORATORY EVIDENCE RECEIPT REPORT

**19. NO. PACKAGES**: 2

**20. RECEIVED FROM** (Signature & Date): RMR RB 946 759 052

**21. Print or Type NAME and TITLE**

**22. SEAL**: [ ] Broken  [X] Unbroken

**23. RECEIVED BY** (Signature & Date): 7/15/2004

**24. Print or Type NAME and TITLE**

### LABORATORY REPORT

**25. ANALYSIS SUMMARY AND REMARKS**

EX #5C                                   EX #5D       176249
                                                      176250
Gross Wt:      ———See Page 1———
Net Wt:     0.25g (1 tablet)             4.2g (4 tablets)
Contains:   Alprazolam                   Sulfamethoxazole
                                         Trimethoprim
                                         Sulfanilamide

Page 2 of 2

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| 5C | | Alprazolam | N/A | | | N/A | 0.18g (3/4 tablet) |
| 5D | | Sulfamethoxazole | N/A | | | N/A | 3.6g |
| | | Trimethoprim | N/A | | | N/A | (3.5 tablets) |
| | | Sulfanilamide | N/A | | | N/A | |

**ANALYST** (Signature): Harry Burnett

**35. TITLE**: Forensic Chemist

**36. DATE COMPLETED**: 08/04/2004

**APPROVED BY** (Signature & Date): William F. Phillips

**38. TITLE**: Laboratory Director

**39. LAB. LOCATION**: Vista, CA   089

EXHIBIT D

T69553 B  T64947  c-bb=T69654-
T69579
T64846 A

**U.S. Department of Justice**
**Drug Enforcement Administration**

Read Instructions on Reverse before completing.

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase ☒ Seizure ☐ Free Sample ☐ Lab. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) ☐ Internal Body Carry ☐ Other (Specify) | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Honolulu, HI | 07-15-2004 | |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| NA | ☐ Case No. OR ☐ Seizure No.  No. NA | 07-15-2004 | HDO 1 |

AUG 23

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 6 | | unknown | One green plastic container with numerous pills and plastic bags inside | | 97.8 gms | 0.00 |
| 7 | | methamphetamine | One small clear plastic baggie containing a crystal like substance and one small clear plastic baggie containing residue | | 23.9 gms | 0.00 |

**16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?** ☒ NO (included above) ☐ YES (if Yes, enter exhibit no. and describe original container fully)

**REMARKS:**
On July 15, 2004, SA Jude Tanella seized Exhibits 6 and 7 during the execution of a Federal Search Warrant at room 2120, Miramar Waikiki Hotel, 2345 Kuhio Avenue, Honolulu, HI. S/A Tanella transferred custody of Exhibits 6 and 7 to TFO Damien Freitas, who transported it to the Honolulu District Office. TFO Freitas processed Exhibits 6 and 7 into evidence, witnessed by SA Tanella. TFO Freitas mailed Exhibits 6 and 7 to the DEA Southwest Laboratory under RMRR RB946759052US. *****FINGERPRINTS REQUESTED*****

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| SA Michael D. Sossermun | GS Robert Aiu |

## LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 | RMR RB 946759052 | |

| 22. SEAL | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |
|---|---|---|
| ☐ Broken ☒ Unbroken | WB 7/15/2004 | MARSHA LOUD S/C |

## LABORATORY REPORT

**25. ANALYSIS SUMMARY AND REMARKS**

```
              EX #6A                   EX #6B                  EX #7         176251
                                                                             176252
Gross Wt:              --98.2g--                               24.2g
Net Wt:    1.5g (1 tablet)        0.69g (1 tablet)             0.084g
Contains:  Non-Controlled Substance   Hydrocodone              d-Methamphetamine HCl
                                      Acetaminophen
```

Wrappings (EX #6 & 7) submitted for fingerprint examination. Separate report to follow.

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 6A | | Non-Controlled Substance | N/A | | | N/A | 0.75g (1/2 tablet) |
| 6B | | Hydrocodone | N/A | | | N/A | 0.33g |
| 7 | | d-Methamphetamine HCl | N/A | | | N/A | 0.077g (1/2 tablet) |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| Larry Burnett | Forensic Chemist | 08/13/2004 |

| 37. APPROVED BY (Signature & Name) | 38. TITLE | 39. LAB. LOCATION |
|---|---|---|
| William F. Phillips  8-18-04 | Laboratory Director | Vista, CA  090 |

EXHIBIT D

**U.S. Department of Justice**
**Drug Enforcement Administration**   T64848

Read Instructions on Reverse before completing.

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase  ☒ Seizure  ☐ Free Sample | | | | | |
| ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal) | | | | | |
| ☐ Internal Body Carry  ☐ Other (Specify) | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Honolulu, HI | 07-15-2004 | DEA/ D.O. |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| NA | ☐ Case No. OR ☐ Seizure No.  No. NA | 07-15-2004 | HDO 1 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 8 | | Methamphetamine | One ABC shopping bag containing two clear plastic bags with a crystal like substance inside each | | 81.5 gms | 0.00 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?  ☒ NO (included above)   ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
On July 15, 2004, SA Jude Tanella seized Exhibit 8 during the execution of a Federal Search Warrant at room 2120, Miramar Waikiki Hotel, 2345 Kuhio Avenue, Honolulu, HI.  S/A Tanella transferred custody of Exhibit 8 to TFO Damien Freitas, who transported it to the Honolulu District Office.  TFO Freitas processed Exhibit 8 into evidence, witnessed by SA Tanella.  TFO Freitas mailed Exhibit 8 to the DEA Southwest Laboratory under RMRR RB946759052US.
***FINGERPRINTS REQUESTED***

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| SA Michael D. [illegible] | GS Robert Aiu |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 | RMR RB 946 759 052 | |
| 22. SEAL ☐ Broken ☒ Unbroken | 23. RECEIVED BY (Signature & Date)  7/19/2004 | 24. Print or Type NAME and TITLE  Maura Lewis SK |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

176253

Ex #8

Gross Wt:   89.3g
Net Wt:     55.9g
Contains:   d-Methamphetamine HCl

Packaging submitted for fingerprint examination.  Separate report to follow.

| 26. Exhibit No. | 27. Lab No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 8 | | d-Methamphetamine HCl | 96 | % | | 53.6g | 55.5g |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| Larry Burnett | Forensic Chemist | 08/13/2004 |
| 37. APPROVED BY (Signature & Date) William F. Phillips  8-19-04 | 38. TITLE  Laboratory Director | 39. LAB. LOCATION 091  Vista, CA |

EXHIBIT D

**U.S. Department of Justice**
**Drug Enforcement Administration** T64849

Read Instructions on Reverse before completing.  T64850

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

**1. HOW OBTAINED (Check):** ☐ Purchase  ☒ Seizure  ☐ Free Sample  ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal)  ☐ Internal Body Carry  ☐ Other (Specify)

**2a. FILE NO.**  **2b. PROGRAM CODE**  **3. G-DEP ID**

**4a. WHERE OBTAINED (City, State/Country):** Honolulu, HI
**4b. DATE OBTAINED:** 07-15-2004
**5. FILE TITLE:** AUG 23 2004

**6a. REFERRING AGENCY (Name):** NA
**6b. REFERRAL:** ☐ Case No. OR ☐ Seizure No. No. NA
**7. DATE PREPARED:** 07-15-2004
**8. GROUP NO.:** HDO 1

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 9 | | methamphetamine | One plastic sleeve containing three clear plastic bags with a crystal like substance inside each | 35.0 gms | | 0.00 |
| 10 | | methamphetamine | One clear plastic bag containing a second clear plastic bag with a crystal like substance inside | 31.9 gms | | 0.00 |

**16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?** ☒ NO (included above)  ☐ YES (if Yes, enter exhibit no. and describe original container fully)

**REMARKS:**
On July 15, 2004, SA Michael Rothermund seized Exhibits 9 and 10 from the front pockets of John Waldroupe's sweat pants pocket pursuant to his arrest outside the door of room 2120, Miramar Waikiki Hotel, 2345 Kuhio Avenue, Honolulu, HI. S/A Rothermund transported Exhibits 9 and 10 to the Honolulu District Office, where he processed then into evidence, witnessed by TFO Damien Freitas. TFO Freitas mailed Exhibits 9 and 10 to the DEA Southwest Laboratory under RMRR RB946759052US. *****FINGERPRINTS REQUESTED*****

**17. SUBMITTED BY SPECIAL AGENT (Signature):** SA Michael D. Rothermund
**18. APPROVED BY (Signature & Title):** GS Robert Aiu

---

**LABORATORY EVIDENCE RECEIPT REPORT**

**19. NO. PACKAGES:** 2
**20. RECEIVED FROM (Signature & Date):** RMR RB 946759052
**21. Print or Type NAME and TITLE:**
**22. SEAL:** ☐ Broken ☒ Unbroken
**23. RECEIVED BY (Signature & Date):** 7/19/2004
**24. Print or Type NAME and TITLE:** S/C

---

**LABORATORY REPORT**

**25. ANALYSIS SUMMARY AND REMARKS**

176254
176255

|  | EX #9 | EX #10 |
|---|---|---|
| Gross Wt: | 35.4g | 32.1g |
| Net Wt: | 6.8g | 6.1g |
| Contains: | d-Methamphetamine HCl<br>Dimethylsulfone | d-Methamphetamine HCl |

Wrappings (EX #9 & 10) submitted for fingerprint examination. Separate report to follow.

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| 9 | | d-Methamphetamine HCl | 47 | % | | 3.1g | 6.4g |
| 10 | | d-Methamphetamine HCl | 97 | % | | 5.9g | 6.0g |

**34. ANALYST (Signature):** Larry Burnett
**35. TITLE:** Forensic Chemist
**36. DATE COMPLETED:** 08/17/2004
**37. APPROVED BY (Signature & Date):** William F. Phillips 8-18-04
**38. TITLE:** Laboratory Director
**39. LAB. LOCATION:** Vista, CA

092

EXHIBIT D

T64851  T64852  T64853

**U.S. Department of Justice**
**Drug Enforcement Administration**

Read Instructions on Reverse before completing.

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase ☒ Seizure ☐ Free Sample | | | | | |
| ☐ Lab. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) | | | | | |
| ☐ Internal Body Carry ☐ Other (Specify) | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Honolulu, HI | 07-15-2004 | |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| NA | ☐ Case No. OR ☐ Seizure No. No. NA | 07-15-2004 | HDO 1 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 11 | | unknown | One clear plastic bag containing white tablets | | 30.3 gms | 0.00 |
| 12 | | heroin | One plastic wrap containing a black substance | | 23.8 gms | 0.00 |
| 13 | | cocaine | Three small clear plastic bags, each containing a yellow rock like substance | | 26.7 gms | 0.00 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☒ NO (included above) ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
On July 15, 2004, SA Michael Rothermund seized Exhibits 11 through 13 from the front pockets of John Waldroupe's sweat pants pursuant to his arrest outside the door of room 2120, Miramar Waikiki Hotel, 2345 Kuhio Avenue, Honolulu, HI. S/A Rothermund transported Exhibits 11 through 13 to the Honolulu District Office, where he processed them into evidence, witnessed by TFO Damien Freitas. TFO Freitas mailed Exhibits 11 through 13 to the DEA Southwest Laboratory under RMRR RB946759052US.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| SA Michael A. Rothermund | GS Robert Aiu |

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 3 | RMR RB 946 759 052 | |

| 22. SEAL | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |
|---|---|---|
| ☐ Broken ☒ Unbroken | 7/19/2004 | Maxwell Louie S/L |

### LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

176256
176257
176258

|  | EX #11 | EX #12 | EX #13 |
|---|---|---|---|
| Gross Wt: | 30.3g | 23.9g | 26.9g |
| Net Wt: | 5.9g (29 tablets) | 0.18g | 2.3g |
| Contains: | Methadone HCl | Heroin HCl | Cocaine Base |

5 tablets (EX #11) removed for special study.

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 11 | | Methadone HCl | 10 | mg | tablet | 0.29g | 4.5g (22 tablets) |
| 12 | | Heroin HCl | 60 | % | | 0.10g | 0.12g |
| 13 | | Cocaine Base | 80 | % | | 1.8g | 2.0g |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| Larry Burnett | Forensic Chemist | 08/19/2004 |

| 37. APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |
|---|---|---|
| William F. Phillips  8-27-04 | Laboratory Director | 093 Vista, CA |

093

EXHIBIT D

DEA Form -7 (1995)    Previous edition dated 4/90 may be used until stock is exhausted    1 - Prosecution

U.S. Department of Justice
Drug Enforcement Administration    T64854

T72432  T72433  T72435
T724    T72436

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

1. HOW OBTAINED (Check)
   ☐ Purchase  ☒ Seizure  ☐ Free Sample
   ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal)
   ☐ Internal Body Carry  ☐ Other (Specify)

2a. FILE NO.:
2b. PROGRAM CODE:
3. G-DEP ID:

4a. WHERE OBTAINED (City, State/Country): Honolulu, HI
4b. DATE OBTAINED: 07-15-2004
5. FILE TITLE:

6a. REFERRING AGENCY (Name): NA
6b. REFERRAL: Case No. OR ☐  Seizure No. ☐  No. NA

7. DATE PREPARED: 07-15-2004
8. GROUP NO.: HDO 1

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 14 | DEA/HONOLULU D.O. SEP 17 2004 | methamphetamine | One glass pipe and five clear plastic baggies containing residue | | 44.2 gms | 0.00 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☒ NO (included above)  ☐ YES

REMARKS:
On July 15, 2004, SA Michael Rothermund seized Exhibit 14 from John Waldroupe's back pack pursuant to his arrest outside the door of room 2120, Miramar Waikiki Hotel, 2345 Kuhio Avenue, Honolulu, HI. S/A Rothermund transported Exhibit 14 to the Honolulu District Office, where he processed then into evidence, witnessed by TFO Damien Freitas. TFO Freitas mailed Exhibit 14 to the DEA Southwest Laboratory under RMRR RB946759052US.

17. SUBMITTED BY SPECIAL AGENT (Signature): SA Michael Rothermund
18. APPROVED BY (Signature & Title): GS Robert Aiu

**LABORATORY EVIDENCE RECEIPT REPORT**

19. NO. PACKAGES: 1
20. RECEIVED FROM (Signature & Date): RMR RB 946 759 052
21. Print or Type NAME and TITLE:
22. SEAL: ☐ Broken  ☒ Unbroken
23. RECEIVED BY (Signature & Date): 7/19/2004
24. Print or Type NAME and TITLE:

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

176259

| | EX #14A | EX #14B | EX #14C |
|---|---|---|---|
| Gross Wt: | | 44.2g | |
| Net Wt: | Residue | Residue | Residue |
| Contains: | Heroin HCl | Heroin HCl | Heroin HCl |

Page 1 of 2

| 27. Exhibit No. | 28. Lab. No. | ACTIVE DRUG INGREDIENT (Established or Common Name) | 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| 14A | | Heroin HCl | N/A | | | N/A | Residue |
| 14B | | Heroin HCl | N/A | | | N/A | Residue |
| 14C | | Heroin HCl | N/A | | | N/A | Residue |

ANALYST (Signature): Harry Burnett
APPROVED BY (Signature & Date): William F. Phillips  9-2-04

35. TITLE: Forensic Chemist
36. DATE COMPLETED: 08/25/2004
38. TITLE: Laboratory Director
39. LAB. LOCATION: Vista, CA

094
EXHIBIT D

Form 1995 - 7

Previous edition dated 4/90 may be used until stock is exhausted.
1 - Prosecution

T72432  T72433  T72435
T64854          T724    T72436

**U.S. Department of Justice**
**Drug Enforcement Administration**

REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|---|
| ☐ Lab. Seizure | ☐ Purchase | ☒ Seizure | ☐ Free Sample | | | |
| ☐ Internal Body Carry | ☐ Money Flashed | ☐ Compliance Sample (Non-Criminal) | | | | |
| | ☐ Other (Specify) | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Honolulu, HI | 07-15-2004 | |

| 5a. REFERRING AGENCY (Name) | 6b. REFERRAL | | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|---|
| NA | ☐ Case No. OR  No. NA | ☐ Seizure No. | 07-15-2004 | HDO 1 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 14 | | methamphetamine | One glass pipe and five clear plastic baggies containing residue | | 44.2 gms | 0.00 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☒ NO (included above)  ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
On July 15, 2004, SA Michael Rothermund seized Exhibit 14 from John Waldroupe's back pack pursuant to his arrest outside the door of room 2120, Miramar Waikiki Hotel, 2345 Kuhio Avenue, Honolulu, HI. S/A Rothermund transported Exhibit 14 to the Honolulu District Office, where he processed then into evidence, witnessed by TFO Damien Freitas. TFO Freitas mailed Exhibit 14 to the DEA Southwest Laboratory under RMRR RB946759052US.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| SA Michael A. Rothermund | GS Robert Aiu |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 | RMR RB 946 759 052 | |
| 22. SEAL ☐ Broken ☒ Unbroken | 23. RECEIVED BY (Signature & Date)  7/19/2004 | 24. Print or Type NAME and TITLE |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

176259

| EX #14D | EX #14E | EX #14F |
|---|---|---|
| Gross Wt: | —See Page 1— | |
| Net Wt: | | |
| Contains: Residue d-Methamphetamine HCl | Residue d-Methamphetamine HCl Cocaine (Salt Undetermined) | Residue d-Methamphetamine HCl |

Page 2 of 2

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 14D | | d-Methamphetamine HCl | N/A | | | N/A | Residue |
| 14E | | d-Methamphetamine HCl | N/A | | | N/A | Residue |
| | | Cocaine (Salt Undetermined) | N/A | | | N/A | Residue |
| 14F | | d-Methamphetamine HCl | N/A | | | N/A | Residue |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| Harry Burnett | Forensic Chemist | 08/25/2004 |
| 37. APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |
| William F. Phillips  9-2-04 | Laboratory Director | Vista, CA |

095

EXHIBIT D