| | | |
|---|---|---|
| 09/30/2004 | 37 | NOTICE of hearing setting hearing on RE: CR NO. 04-00279DAE USA vs. (02) JOHN MICHAEL WALDROUPE Order to Show Cause as to Why Pretrial Release Should Not Be Revoked set for 10:30 10/4/04, LEK. AUSA, Beverly Wee Sameshima Deft's Atty, Jeffrey T. Arakaki [35-1] (eps) (Entered: 10/04/2004) |
| 11/12/2004 | 43 | ORDER by Mag Judge Barry M. Kurren granting defendant Susan Makio's motion to withdraw as counsel as to defendant Susan Darlene Makio [40-1]; Emmett Lee Loy w/draws (eps) (Entered: 11/12/2004) |
| 12/07/2004 | 45 | FINDINGS and RECOMMENDATIONS on CJA Compensation Claim as to Emmett E Lee Loy, Esq for deft Susan Makio 03 by Mag Judge Barry M. Kurren (eps) (Entered: 12/07/2004) |
| 12/09/2004 | 46 | EO: MINUTES: Final Pretrial Conference has been continued from 12/13/2004 10:00:00 AM to 05/02/2005 10:00amLEK Jury Selection/Trial to Follow has been continued from 01/11/2005 09:00:00 AM to 06/01/2005 09:00:00 AM before DAE Time to be excluded from 1/11/2005 to 6/1/2005. Stip to be prepared by Mr. Pagliarini. Submitted by: Theresa Lam, Courtroom Manager by Judge David Alan Ezra (eps) (Entered: 12/09/2004) |
| 12/13/2004 | 48 | STIPULATION and order by Judge David A. Ezra continuing trial and excluding time under the Speedy Trial Act - filed by Daniel T. Pagliarini, Esq., attorney for deft (03) Susan D. Makio - jury trial continued from 01/11/05 to 06/01/05 9:00 DAE for Arnulfo Barajas Ocampo, for John Michael Waldroupe, for Susan Darlene Makio; final pretrial conference set for 10:00 5/2/05 LEK for Arnulfo Barajas Ocampo, for John Michael Waldroupe, for Susan Darlene Makio ; defts' pretrial motions ddl cont from 11/15/04 to 04/04/05; govt's response ddl cont from 11/29/04 to 04/18/05 ; TIME EXCLUDED: 01/11/05 to and including 06/01/05 (afc) (Entered: 12/13/2004) |
| 01/02/2005 | 49 | NOTICE of hearing setting hearing on CR 04-00279DAE USA v. (02) Susan Makio Motion to Withdraw Not Guilty Plea and to Plead Anew as to (02) Susan Makio set for 2-3-05 @ 2 p.m., LEK. AUSA: Beverly Sameshima Deft's counsel: (02) Daniel Pagliarini (eps) (Entered: 01/21/2005) |
| 04/20/2005 | 55 | EO: MINUTES: Motion for Withdrawal of Not Guilty Plea and to Plead Anew as to (01) Arnulfo Barajas Ocampo set for 05/02/2005 11:30:00 AM before LEK. Notified: criminal notice group (eps) (Entered: 04/22/2005) |
| 04/29/2005 | 56 | EO: MINUTES: Final Pretrial Conference as to Defendant (02) John Michael Waldroupe set for 05/02/2005 10:00:00 AM before LEK- per counsel, FPT taken off calendar. by Judge Leslie E Kobayashi (eps) (Entered: 04/29/2005) |
| 05/02/2005 | 57 | EP: MINUTES: Motion for Withdrawal of Not Guilty Plea and to Plead Anew - Defendant present in custody. Interpreter Patricia Harpstrite, |

EXHIBIT E - 75 -

| | | |
|---|---|---|
| | | previously sworn, present. Oral Motion to continue Motion for Withdrawal of Not Guilty Plea and to Plead Anew Granted. Motion for Withdrawal of Not Guilty Plea and to Plead Anew is continued to 3:30 5/12/05, LEK. Defendant remanded to the custody of the US Marshal ; Arnulfo Barajas Ocampo Attorney Donna Gray, Beverly W. Sameshima present ( Ct Rptr: C7 11:30-11:35) by Judge Leslie E Kobayashi (eps) (Entered: 05/02/2005) |
| 05/12/2005 | 58 | CONSENT to Rule 11 plea in a felony case before a United States Magistrate Judge as to Arnulfo Barajas Ocampo (eps) (Entered: 05/12/2005) |
| 05/12/2005 | 59 | EP: MINUTES: Motion for Withdrawal of Not Guilty Plea and To Plead Anew - Defendant (01) Arnulfo Barajas Ocampo present in custody. Interpreter Patricia Harpstrite, previously sworn, present. Deft sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate, signatures verified and filed. Court informs Deft of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, etc. Plea of Guilty as to Counts 1 and 2 of the Indictment entered by the Deft. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO. SENTENCING to Counts 1 and 2 of the Indictment set for 3:00 p.m. 01/23/06 before Judge David Alan Ezra. Defendant (01) Arnulfo Barajas Ocampo remanded to the custody of the US Marshal sentencing hearing set for 3:00 1/23/06 for Susan Darlene Makio ; Arnulfo Barajas Ocampo Attorney Beverly W. Sameshima, Donna Gray present ( Ct Rptr: C7 3:37-4:23) by Judge Leslie E Kobayashi (eps) (Entered: 05/12/2005) |
| 05/12/2005 | 60 | Report and Recommendation concerning Plea of Guilty as to Arnulfo Barajas Ocampo (eps) (Entered: 05/13/2005) |
| 05/27/2005 | 61 | NOTICE of hearing setting hearing on CR04-279DAE, USA v. (02) John Waldroupe Motion for Withdrawal of Not Guilty Plea and to Plead Anew as to Defendant (02) John Michael Waldroupe set 6/2/05 at 2:00pm before Judge Chang. AUSA: Beverly Sameshima Def Atty: Jeff Arakaki, via mail (eps) (Entered: 05/31/2005) |
| 06/01/2005 | 63 | Acceptance of Plea of Guilty, Adjudication of Guilt and Notice of Sentencing as to Arnulfo Barajas Ocampo by Judge David A. Ezra (eps) (Entered: 06/01/2005) |
| 06/02/2005 | 65 | NOTICE of hearing setting hearing on CR04-279DAE, USA v. (02) John Waldroupe 1. Motion for Withdrawal of Not Guilty Plea and Plead Anew as to defendant (02) John Waldroupe, and 2. Motion for Release to Drug Treatment has been rescheduled to 6/3/05 at 2:30pm before Judge Chang. AUSA: Beverly Sameshima Def Atty: Jeff Arakaki, confirmed via phone (eps) (Entered: 06/02/2005) |
| 06/08/2005 | 70 | ORDER denying defendant's motion for releaes; certificate of service - by Mag Judge Kevin S. Chang - denying motion for release as to defendant (02) John Michael Waldroupe [62-1] - on behalf of USA (lmg) (Entered: |

EXHIBIT E - 76 -