1  correct?

2  MS. GRAY: I did.

3  THE COURT: The Court finds the Defendant has
4  consented to enter his guilty plea before a United States
5  Magistrate Judge.

6  Have you received a copy of the Indictment that
7  are the written charges against you in this case.

8  THE DEFENDANT: Yes.

9  THE COURT: Have you discussed those charges and
10 all the facts surrounding those charges with your lawyer,
11 Ms. Gray?

12 THE DEFENDANT: Yes.

13 THE COURT: Are you fully satisfied with the
14 legal representation you've received from Ms. Gray as your
15 lawyer.

16 THE DEFENDANT: Yes.

17 THE COURT: Ms. Gray, are you and your client in
18 agreement as to your client's decision to plead guilty
19 today?

20 MS. GRAY: Yes, we are.

21 THE COURT: In the Indictment, you have been
22 charged with conspiracy to distribute and possess with the
23 intent to distribute fifty grams or more of methamphetamine,
24 its salts, isomers and salts of its isomers.

25 Do you understand this charge.

```
 1              THE DEFENDANT:  Yes.
 2              THE COURT:  In that count, and pursuant to the
 3   Title 21, United States Code, Section 841(b)(1)(A), this
 4   charge carries with it a minimum term of ten years of
 5   imprisonment and a maximum period of imprisonment of life.
 6              Do you understand this.
 7              THE DEFENDANT:  Yes.
 8              THE COURT:  In order for you to be punished, the
 9   Government has the burden of proving to a jury beyond
10   reasonable doubt that you conspired to distribute and to
11   possess with the intent to distribute fifty grams or more of
12   methamphetamine, its salts and salts of its isomers -- I
13   should say isomers and salts of its isomers.
14              Do you understand this.
15              THE DEFENDANT:  Yes.
16              THE COURT:  Do you give up or waive your right to
17   have a jury determine that you conspired to distribute and
18   to possess with the intent to distribute fifty grams or more
19   of methamphetamine, its salts, isomers and salts of its
20   isomers.
21              THE DEFENDANT:  Yes.
22              THE COURT:  All right.  Do you agree that you are
23   knowingly responsible for fifty grams or more of
24   methamphetamine, its salts, isomers and salts of its isomers
25   as charged in Count 1 of the Indictment.
```

```
 1              THE DEFENDANT:  Yes.
 2              THE COURT:  You have been charged in Count 2 of
 3   the Indictment with possession with the intent to distribute
 4   fifty grams or more of methamphetamine, its salts, isomers
 5   and salts of its isomers.
 6              Do you understand this charge?
 7              THE DEFENDANT:  Um hm.  Yes.
 8              THE COURT:  All right.  Pursuant to Title 21,
 9   United States Code, Section 841(b)(1)(A), this charge
10   carries a minimum sentence of ten years and a maximum period
11   of imprisonment of life.
12              Do you understand this.
13              THE DEFENDANT:  Yes.
14              THE COURT:  In order for you to be so punished,
15   the Government has the burden of proving to a jury beyond a
16   reasonable doubt that you possessed with the intent to
17   distribute fifty grams or more of methamphetamine, its
18   salts, isomers and salts of its isomers.
19              Do you understand this.
20              THE DEFENDANT:  Yes.
21              THE COURT:  Do you give up or waive your right to
22   have a jury determine that you possessed with the intent to
23   distribute fifty grams or more of methamphetamine, its
24   salts, isomers and salts of its isomers.
25              THE DEFENDANT:  Yes.
```

```
 1              THE COURT:  Do you agree that you are knowingly
 2   responsible for fifty grams or more of methamphetamine, its
 3   salts, isomers and salts of its isomers as charged in Count
 4   2 of the Indictment.
 5              THE DEFENDANT:  Yes.
 6              THE COURT:  For each of the counts, that is for
 7   each of Counts 1 and 2, the possible penalties that you
 8   would face if you plead guilty is a minimum term of ten
 9   years imprisonment and up to a maximum term of life in
10   prison; a minimum of five years term of supervised release
11   and a maximum of supervised release for life; a fine between
12   zero and four million dollars; a mandatory special
13   assessment of one hundred dollars for each count for a total
14   of two hundred dollars; and the loss of certain federal
15   benefits.
16              Do you understand that these are the possible
17   penalties that you would face if you plead guilty to Counts
18   1 and 2 of the Indictment.
19              THE DEFENDANT:  Yes.
20              THE COURT:  Are there any other penalties that
21   Mr. -- is it Ocampo Barajas would face if he pleads guilty,
22   Ms. Sameshima.
23              MS. SAMESHIMA:  I don't believe so, Your Honor.
24   He is an illegal alien, I believe.
25              THE COURT:  Right.
```