§2D1.1                                  GUIDELINES MANUAL                              November 1, 2005

## (c) DRUG QUANTITY TABLE

**Controlled Substances and Quantity***                                    **Base Offense Level**

(1)  • 30 KG or more of Heroin (or the equivalent amount of other Schedule I or II Opiates);                               **Level 38**
   • 150 KG or more of Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
   • 1.5 KG or more of Cocaine Base;
   • 30 KG or more of PCP, or 3 KG or more of PCP (actual);
   • 15 KG or more of Methamphetamine, or 1.5 KG or more of Methamphetamine (actual), or 1.5 KG or more of "Ice";
   • 15 KG or more of Amphetamine, or 1.5 KG or more of Amphetamine (actual);
   • 300 G or more of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
   • 12 KG or more of Fentanyl;
   • 3 KG or more of a Fentanyl Analogue;
   • 30,000 KG or more of Marihuana;
   • 6,000 KG or more of Hashish;
   • 600 KG or more of Hashish Oil;
   • 30,000,000 units or more of Schedule I or II Depressants;
   • 1,875,000 units or more of Flunitrazepam.

(2)  • At least 10 KG but less than 30 KG of Heroin (or the equivalent amount of other Schedule I or II Opiates);        **Level 36**
   • At least 50 KG but less than 150 KG of Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
   • At least 500 G but less than 1.5 KG of Cocaine Base;
   • At least 10 KG but less than 30 KG of PCP, or at least 1 KG but less than 3 KG of PCP (actual);
   • At least 5 KG but less than 15 KG of Methamphetamine, or at least 500 G but less than 1.5 KG of Methamphetamine (actual), or at least 500 G but less than 1.5 KG of "Ice";
   • At least 5 KG but less than 15 KG of Amphetamine, or at least 500 G but less than 1.5 KG of Amphetamine (actual);
   • At least 100 G but less than 300 G of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
   • At least 4 KG but less than 12 KG of Fentanyl;
   • At least 1 KG but less than 3 KG of a Fentanyl Analogue;
   • At least 10,000 KG but less than 30,000 KG of Marihuana;
   • At least 2,000 KG but less than 6,000 KG of Hashish;
   • At least 200 KG but less than 600 KG of Hashish Oil;
   • At least 10,000,000 but less than 30,000,000 units of Schedule I or II Depressants;
   • At least 625,000 but less than 1,875,000 units of Flunitrazepam.

(3)  • At least 3 KG but less than 10 KG of Heroin (or the equivalent amount of other Schedule I or II Opiates);         **Level 34**
   • At least 15 KG but less than 50 KG of Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
   • At least 150 G but less than 500 G of Cocaine Base;

EXHIBIT H.

November 1, 2005                    GUIDELINES MANUAL                    §2D1.1

- At least 3 KG but less than 10 KG of PCP, or at least 300 G but less than 1 KG of PCP (actual);
- At least 1.5 KG but less than 5 KG of Methamphetamine, or at least 150 G but less than 500 G of Methamphetamine (actual), or at least 150 G but less than 500 G of "Ice";
- At least 1.5 KG but less than 5 KG of Amphetamine, or at least 150 G but less than 500 G of Amphetamine (actual);
- At least 30 G but less than 100 G of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
- At least 1.2 KG but less than 4 KG of Fentanyl;
- At least 300 G but less than 1 KG of a Fentanyl Analogue;
- At least 3,000 KG but less than 10,000 KG of Marihuana;
- At least 600 KG but less than 2,000 KG of Hashish;
- At least 60 KG but less than 200 KG of Hashish Oil;
- At least 3,000,000 but less than 10,000,000 units of Schedule I or II Depressants;
- At least 187,500 but less than 625,000 units of Flunitrazepam.

(4)
- At least 1 KG but less than 3 KG of Heroin (or the equivalent amount of other Schedule I or II Opiates);        Level 32
- At least 5 KG but less than 15 KG of Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
- At least 50 G but less than 150 G of Cocaine Base;
- At least 1 KG but less than 3 KG of PCP, or at least 100 G but less than 300 G of PCP (actual);
- At least 500 G but less than 1.5 KG of Methamphetamine, or at least 50 G but less than 150 G of Methamphetamine (actual), or at least 50 G but less than 150 G of "Ice";
- At least 500 G but less than 1.5 KG of Amphetamine, or at least 50 G but less than 150 G of Amphetamine (actual);
- At least 10 G but less than 30 G of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
- At least 400 G but less than 1.2 KG of Fentanyl;
- At least 100 G but less than 300 G of a Fentanyl Analogue;
- At least 1,000 KG but less than 3,000 KG of Marihuana;
- At least 200 KG but less than 600 KG of Hashish;
- At least 20 KG but less than 60 KG of Hashish Oil;
- At least 1,000,000 but less than 3,000,000 units of Schedule I or II Depressants;
- At least 62,500 but less than 187,500 units of Flunitrazepam.

(5)
- At least 700 G but less than 1 KG of Heroin (or the equivalent amount of other Schedule I or II Opiates);        Level 30
- At least 3.5 KG but less than 5 KG of Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
- At least 35 G but less than 50 G of Cocaine Base;
- At least 700 G but less than 1 KG of PCP, or at least 70 G but less than 100 G of PCP (actual);
- At least 350 G but less than 500 G of Methamphetamine, or at least 35 G but less than 50 G of Methamphetamine (actual), or at least 35 G but less than 50 G of "Ice";
- At least 350 G but less than 500 G of Amphetamine, or at least 35 G but less than 50 G of Amphetamine (actual);

– 135 –

EXHIBIT H