1        What did you do?
2        THE DEFENDANT: Well, I don't have much knowledge
3   because of my addiction to alcohol and cocaine, and without
4   my really realizing it, they used my knowledge to distribute
5   or to plan to distribute.
6        THE COURT: Okay. The period of time that we're
7   talking about, would this be July of 2004?
8        THE DEFENDANT: Um hm.
9        THE COURT: Is that is your answer; yes?
10       THE DEFENDANT: Yes.
11       THE COURT: All right. And during July of 2004,
12  were you staying in the Miramar Hotel at certain times and
13  the Ocean Resort Hotel at certain times?
14       THE DEFENDANT: Yes.
15       THE COURT: And were you staying with two people
16  who were known as Susan Darlene Makio and John Michael
17  Waldroupe.
18       THE DEFENDANT: Yes.
19       THE COURT: All right. And in July of 2004, did
20  Mr. Waldroupe and Ms. Makio provide a sample of
21  methamphetamine to you to sell to other people.
22       THE DEFENDANT: Yes.
23       THE COURT: All right. And on or about July 14,
24  2004, did you meet with someone in a restaurant and provide
25  that person with approximately two ounces of methamphetamine

```
 1  for sale.
 2          THE DEFENDANT:  Yes.
 3          THE COURT:  All right.  And have you been shown a
 4  laboratory report for those two ounces of methamphetamine?
 5  That shows that it's 56.3 grams of d-methamphetamine
 6  hydrochloride of 88 percent purity.
 7          THE DEFENDANT:  Yes.
 8          THE COURT:  All right.  Do you dispute that the
 9  two ounces of ice that you had contained 56.3 grams of d-
10  methamphetamine hydrochloride of 88 percent purity?
11          THE DEFENDANT:  No.
12          THE COURT:  Okay.  So that's -- all right.  For
13  Count 2 of the Indictment, it charges you with knowingly and
14  intentionally possessing with the intent to distribute fifty
15  grams or more of methamphetamine.
16          What is it that you did that makes you guilty of
17  Count 2?
18          THE DEFENDANT:  Well, I -- yes, I tried to
19  distribute fifty or more grams to another person.
20          THE COURT:  All right.  And, do you understand
21  that there's a search warrant for a hotel room in Waikiki
22  where you had been staying?  And the agents recovered
23  plastic bags containing methamphetamine in a black suitcase
24  that was owned by you.
25          THE DEFENDANT:  Yes.
```

- 34 -

EXHIBIT I

1    THE COURT: And the methamphetamine that was
2  found in this search warrant was submitted to a laboratory
3  for analysis. Were you shown that the analysis determined
4  that the methamphetamine that was found in the black
5  suitcase contained a total of 217.3 grams of d-
6  methamphetamine hydrochloride of 91 percent purity.
7    Were you shown that -- you -- yes? You were
8  shown that lab report?
9    THE DEFENDANT: Yes.
10    THE COURT: All right. And so the
11  methamphetamine that was recovered from the black suitcase,
12  did that belong -- that methamphetamine belong to you?
13    THE DEFENDANT: Yes.
14    THE COURT: All right. And do you deny that the
15  methamphetamine that was found in the black suitcase totaled
16  217.3 grams of d-methamphetamine hydrochloride of 91 percent
17  purity.
18    THE DEFENDANT: No.
19    THE COURT: All right. And your having the
20  methamphetamine and offering it to others for sale, did all
21  of this occur in Waikiki, Hawaii?
22    THE DEFENDANT: Yes.
23    THE COURT: And the events we talked about
24  occurred between January 13 and January 15, 2000 -- not
25  January. I said January. I meant --

EXHIBIT I.