1          THE COURT: Was July 15th.
2          All right. So let me ask you again, then. July
3  13th and 14th, were these -- of 2003 -- 4. July 13th and
4  14th, 2004. Were those the dates that you met with various
5  people and offered them samples and also to sell
6  methamphetamine.
7          THE DEFENDANT: Um hm.
8          THE COURT: Is that yes?
9          THE DEFENDANT: Yes.
10         THE COURT: All right. Anything else you want me
11 to cover with him?
12         MS. SAMESHIMA: No, Your Honor. Thank you.
13         THE COURT: All right.
14         Ms. Gray, are you aware of any reason why I
15 should not accept your client's pleas of guilty to Counts 1
16 and 2 of the Indictment?
17         MS. GRAY: No, Your Honor.
18         THE COURT: All right, Mr. Ocampo Barajas, as to
19 Count 1 that charges you with knowingly and intentionally
20 conspiring to distribute and possess with the intent to
21 distribute fifty grams or more of methamphetamine, how do
22 you plead to that charge, sir; guilty or not guilty?
23         THE DEFENDANT: Well, I wasn't in my -- I didn't
24 have my five senses with me. I was just -- I was drunk
25 every day.

- 37 -

EXHIBIT J.

```
 1              Okay.  Guilty.
 2       THE COURT:  Okay.  So you're pleading guilty to
 3  the conspiracy to possess and to distribute over fifty grams
 4  of methamphetamine.  Is that correct?
 5       THE DEFENDANT:  Yes.
 6       THE COURT:  Okay.  And as to Count 2, the charge
 7  that you knowingly and intentionally possessed with the
 8  intent to distribute fifty grams or more of methamphetamine
 9  on or about July 15, 2004.  How do you plead to that charge;
10  guilty or not guilty.
11       THE DEFENDANT:  Guilty.
12       THE COURT:  The Court finds the Defendant is
13  fully competent and capable of entering an informed and
14  valid plea; that his plea of guilty is knowing and voluntary
15  and supported by an independent basis in fact containing
16  each of the essential elements of the offense charged
17  against him.
18       I am therefore signing the Report and
19  Recommendation Concerning the Plea of Guilty and I am
20  recommending that the Defendant be adjudged guilty and have
21  sentence imposed.
22       Objections to my report and recommendations are
23  waived unless served and filed within ten days.
24       All right, now I'm ordering our Probation to
25  prepare that report about you and your case.  If you wish,
```

- 38 -

EXHIBIT J.