1    agreement. Count 1 charged him with conspiracy to
2    distribute and possession with intent to distribute 50
3    grams or more of methamphetamine. And count 2 charges
4    possession with intent to distribute 50 grams or more of
5    methamphetamine.
6        Now, I am placing the presentence report in the
7    record under seal. If an appeal is taken, counsel will
8    have access to the report, other than the confidential
9    recommendation section.
10       All right. Miss Sameshima, I want to start with
11    you. I understand you have no objections to either the
12    factual statements or the guideline calculations. Is that
13    right?
14       MS. SAMESHIMA: That's correct, Your Honor.
15       THE COURT: Miss Gray, turning to you, I
16    understand you have no objections to the guideline
17    calculations. Is that right?
18       MS. GRAY: Correct, Your Honor.
19       THE COURT: Where are we, then, on your factual
20    statements set forth in your objections? Has everything
21    been taken care of?
22       MS. GRAY: Your Honor, what Mr. Ocampo wished me
23    to do in our response to the draft report was simply to
24    give his version of the role that he played, which
25    differed from the version that he believed was being given

- 45 -

EXHIBIT K.