```
 1   agreement.  Count 1 charged him with conspiracy to
 2   distribute and possession with intent to distribute 50
 3   grams or more of methamphetamine.  And count 2 charges
 4   possession with intent to distribute 50 grams or more of
 5   methamphetamine.
 6              Now, I am placing the presentence report in the
 7   record under seal.  If an appeal is taken, counsel will
 8   have access to the report, other than the confidential
 9   recommendation section.
10              All right.  Miss Sameshima, I want to start with
11   you.  I understand you have no objections to either the
12   factual statements or the guideline calculations.  Is that
13   right?
14              MS. SAMESHIMA:  That's correct, Your Honor.
15              THE COURT:  Miss Gray, turning to you, I
16   understand you have no objections to the guideline
17   calculations.  Is that right?
18              MS. GRAY:  Correct, Your Honor.
19              THE COURT:  Where are we, then, on your factual
20   statements set forth in your objections?  Has everything
21   been taken care of?
22              MS. GRAY:  Your Honor, what Mr. Ocampo wished me
23   to do in our response to the draft report was simply to
24   give his version of the role that he played, which
25   differed from the version that he believed was being given
```

1   to the court by the co-defendant Waldroupe. He does not
2   deny his participation in this conspiracy and the things
3   that he did as far as meeting with the undercover officer
4   and facilitating the two purchases made to the undercover
5   officer. Later, when a search warrant was executed, a
6   quantity of drugs was found in the hotel room rented to
7   Mr. Waldroupe and Mr. Makio, and he recognizes that all
8   three of them are responsible for those drugs because they
9   all three possessed those drugs with the future intent of
10  trying to sell them.
11       What he disputed was Mr. Waldroupe's version
12  that Mr. Waldroupe was completely innocent of that --
13  those particular drugs; whereas, Mr. Ocampo's position was
14  all three of them possessed those drugs, all three of them
15  intended to distribute it.
16       THE COURT: All right. Well, are you satisfied
17  that through incorporation of your Sentencing Statement by
18  way of attachment that the report is complete now?
19       MS. GRAY: Yes, I do, Your Honor.
20       THE COURT: So I don't need to make any factual
21  findings, then.
22       MS. GRAY: No, Your Honor.
23       THE COURT: All right. So with that, then, I
24  will adopt the Presentence Investigation Report, which, of
25  course, includes Miss Gray's sentencing statement, which

EXHIBIT L