1  to the court by the co-defendant Waldroupe. He does not
2  deny his participation in this conspiracy and the things
3  that he did as far as meeting with the undercover officer
4  and facilitating the two purchases made to the undercover
5  officer. Later, when a search warrant was executed, a
6  quantity of drugs was found in the hotel room rented to
7  Mr. Waldroupe and Mr. Makio, and he recognizes that all
8  three of them are responsible for those drugs because they
9  all three possessed those drugs with the future intent of
10 trying to sell them.
11         What he disputed was Mr. Waldroupe's version
12 that Mr. Waldroupe was completely innocent of that --
13 those particular drugs; whereas, Mr. Ocampo's position was
14 all three of them possessed those drugs, all three of them
15 intended to distribute it.
16         THE COURT: All right. Well, are you satisfied
17 that through incorporation of your Sentencing Statement by
18 way of attachment that the report is complete now?
19         MS. GRAY: Yes, I do, Your Honor.
20         THE COURT: So I don't need to make any factual
21 findings, then.
22         MS. GRAY: No, Your Honor.
23         THE COURT: All right. So with that, then, I
24 will adopt the Presentence Investigation Report, which, of
25 course, includes Miss Gray's sentencing statement, which

- 46 -

EXHIBIT M.