1        And while it's sad that he does have a drug

2    problem and that is probably what fueled his offense,

3    that's probably the majority of the defendants the courts

4    see with respect to drug offenses.  So that -- I mean that

5    really isn't a factor which should warrant this court to

6    deviate.  So we ask the court just to sentence him within

7    the advisory guidelines.

8        THE COURT:  All right.  Miss Gray, any final

9    words?

10        MS. GRAY:  Nothing further.

11        THE COURT:  Okay.  Well, the court has, of

12    course, reviewed carefully the presentence report and the

13    letters submitted as well as the pleading filed by Miss

14    Gray and has considered the facts involving Mr. Ocampo's

15    case as well as the required considerations under 18,

16    United States Code, Section 3553(a).  Of course, part of

17    that is considering the guidelines and sentencing

18    disparity.

19        And in looking at the guideline sentence and

20    Miss Gray's argument, I probably would have gone higher

21    than the 135 months, but I think some of the arguments

22    Miss Gray makes have some merit to them.  They don't, I

23    think, convince me sufficiently to go outside the

24    guideline range in this case but do convince me to go to

25    the bottom of the guideline range in this case.

- 53 -

EXHIBIT - O