Honolulu Hawaii 12/13/05

Dear: Donna

The following are objections found on my P.S.R.

Paragraphs 2&3.

The charges filed against me are exagerated and I should not have plead guilty to those charges. I only assisted in a sale for **2 ounces** to am undercover agent. the people which were full time drug dealers were Michael Waldroup and his girlfriend Susan Makio. I am havin a difficult time understanding why a favorable plea agreement has not been presented to me. I should only be gettin charged for THE 2 OUNCES. In other words it appears to be too late to withdraw my guilty plea and I feel we have grounds for am adjustment in my favor.

Paragraphs 8&9

It is my understanding that Waldroupe and Makio are being charged only for count 1 and I am confused as to why I am being charged for 2 Counts

Ms Donna, I need you to schedule another meeting for next week sometime but must be prior to the expiration date of the P.S.I. I am in desperate need to address my concerns which are not listed correctly on my paperwork. On friday the 16 th I will forward you all my concerns and objections in waiting for further discussion in person at your first available visit the following week.

I would like to share with you that I have been going to Law Library for the past 2 months in hopes of educating my self a little more so I can understand my case better.

Thank you for the cases you mailed me. I hope you have concidered using them in my MEMORANDUM prior to my Sentencing I am also requesting you send me your Rough draft prior to finalizing and sending it to P.O..
  Also please I need you send me my CRIMINAL DOCKET.

Thank you.
Sincerely.
Arnulfo Ocampo.

EXHIBIT P.1

PARAGRAPHS 11&12

With respect to the quantities that the Informant says I was distributing (in pounds) is a big lie. How can I have in my possesion 10 lbs and how am I going to be distributing the drugs if I did not even have a place to stay. The informant was insisting on me providing assistance in obtaining drugs and since I knew of Michael Wladroupe I suggested we call him and when we did call. To his phone #808-778-5982 (reffer to paragraph 15 page 000013 of my discovery) he told the Informant to send me for the sample due to possibilities of him being a polize officer (refer to my discovery) The polize followed me to the hotel where they had a room. Why does it not say in the P.S.I. Thet the room was theirs. I need to be charged with my crime of being A "Carrier" and not a dealer. If you consider the purity of the drugs found on my possesion which is 88% (see exibit 2) and when Waldroupe was detained, the purity of the drugs found in his posession was different (¶17 from the P.S.I.) (88%, 91%, 96%) which indicates the drug to be of a different types of drugs because that is what he did sell drugs. Why am I being charged with all of those drugs which were not even mine. The Investigation report clearly States the Hotel Room was registered to Susan Darlene Makio. And John Michael Waldroupe. (Refer to ¶13 of P.S.I.)

PARAGRAPH 13 this paragraph is very Important I was never permitted to give a formal declaration. When I was detained, it is true I admitted to a drug transaction, but that was all, I had no knowledge of any other drugs in the hotel room. In my discovery it says thet while Waldroupe was detained, the surveillance cameras at the Miramar Hotel were reviewed and they show Waldroupe Carrying a Back Pack which Investigators found later to contain drugs (refer to paragrap 23,24, of pages-00015 and 00016 of my discovery) Why am I being charged with all those drugs especially since I was already being detained in custody and the Back Pack was carried by Waldroupe and the Hotel room was registered to Susan Darlene Makio and John-Michael Waldroupe.

PARAGRAPH 14

Susan Makio cooperated with authorities and stated that I had spent the night with her and Michael Waldroupe. If I were to be Involved with the sale of drugs Susan-Makio would have stipulated such during her debrief. (refer to ¶ post arrest statement of Susan Makio pages 000026 through 000029 of my discovery) and this is where we can comfirm once again that there are different qualities of the drugs aside from the ones I sold to the undercover officer. There were other substances involved such as Methadone which I had no knowledge of. (217.3 gr Methamphetamine @ 91.9 Purity-exhibit 3, 26.7 gr. Methadone exhibit 4, and 55.9 gr Methamphetamine exhibit 8)

PARAGRAPH 15 very Important!!

Here is where Susan Makio clearly states to the authorities and agents that she has no knowledge of me distributing drugs in Honolulu Hawaii she also said that her and Waldroupe agreed to let me stay with them in Waikiki, Hi. Makio clearly signaled-

EXHIBIT P.1

That she called the Police after I didn't return to the hotel room. Obviously they were waiting for me to return with the money from the drug transaction and since I never showed up, The next logical step wolud be to find out it I had been arrested. If the drugs which were in the hotel room were mine, and if they had nothing to do with the drugs, she woeld have told the police about them when she called them, but the drugs were theirs and not mine so they didn't report them to the Police.

## PARAGRAPH 16

Waldroupe declares he has Know me for weeks and that he assisted me in the sale of drugs and also that he allowed me to live with him. How is it possible that Waldroupe assisted me in distributing drugs and during the same interview he provided Agents with approximately 14 other Drug Dealers contact information.

## PARAGRAPH 17

I was not involved in any of this transactions and am **NOT** responsible for the drugs recovered from the Hotel Room 2120. I am only responsible for 0.083 grams of Meth.- (Exhibit #1) and also for the 56.3 grs. @ 88%(Exhibit #2). I shouldn't be charged for something that isn't mine!! Right here is where there should be some corrections made, in other words only 56.3 grams of Methamphetamine-d.

## PARAGRAPH 20

This paragraph is not clear. I would like to know who interviewed me. I was never interviewed by any Agent of The D.E.A. an/or any other Law enforcement Agency. I was never allowed the opportunity to declare what I knew. I believe that do to my Ignorance and inability to understand and speak English, I was taken advantage of in my situation. I remember that you Mrs. Donna Gray asked me to make a letter to the Judge and never to a declaration to the Agents of the D.E.A. In this paragraph it stipulates that the letter I sent the Judge asking for forgiveness of my actions and asking for tolerance in his decision was taken as a written declaration to the Agents of The D.E.A.

From the first moment in which I was detained I have cooperated with The Authorities and I have also followed to the "T" everything you have told me, even plead guilty - without some sort of agreement. And also have accepted completely everything Th Government has charged me with. there has never been an investigation or a report towards me - stipulating my participation in this offense.

Due to the aforementioned, the following I consider to be appropriate!!!
**BASE OFFENSE LEVEL.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
(because of the right amount of drugs **56.3 grs.**)

ADJUSTMENT FOR ACCEPTANCE OF RESPONSIBILITY. . . . . . . . . . . . . . . . . <u>-2</u>

PLEADING ON TIMELY MANNER. . . . . . . . . . . . . . . . . . . . . . . . . . <u>-1</u>
(avoiding Trial)

ADDITIONAL 1 LEVEL DECREASE. . . . . . . . . . . . . . . . . . . . . . . . . <u>-1</u>
(Pursuant U.S.S.G. §3E1.1)

ADJUSTMENT FOR ROLE IN THE OFFENSE. . . . . . . . . . . . . . . . . . . . . (O P E N)
(Minor Role offenders start in no greater level than **level 30**)

SPECIAL DOWN WARD DEPARTURE FOR "SUBSTANTIAL ASSISTANCE". . . . . . . . . . (O P E N )
Pursuant section 5K1 of U.S.S.G. The Government will formally request a downward -
departure for "Substantial Assistance" if the defendant cooperated/provide information
in the prosecution of someone who is comitting a crime. In my case I have done everything
you and The Government asked of me. I even plead guilty to the charges without <u>any</u> -
negotiations and without proper understanding of all that was going on.

   Due to my arrest Waldroupe and Makio were also latter arrested with a search
order of room 2120 of the Miramar Hotel and drugs and 2 people were arrested for crimes
and I strongly believe I should receive credit for those arrests this is **"SUBSTANTIAL
ASSISTANCE"** And The Government should ask The Court for a down ward of at least **8 levels**.

   My previous convictions are not felonies therefore they are overstating my criminal
category. **MY SENTENCE SHOULD BE FINALIZED SOMEWHERE IN THE NEIGHBORHOOD OF THE FOLLOWING:**

LEVEL  24   CATEGORY II
**IN OTHER WORDS WE ARE SOMEWHERE IN THE RANGE OF 57 to 71 months MAX.**

   Thank you for your time and consideration.

                                        Sincerely
                                        *Arnulfo Ocampo*
                                        ARNULFO OCAMPO
                                        #91554-022

cc. MEXICAN CONSULATE. Honolulu & San Francisco Ca.

3

EXHIBIT P.1

DECEMBER 21, 2005

ARNULFO OCAMPO
# 91554-022
F.D.C. HONOLULU
P.O. BOX 30080
HONOLULU HAWAII 96820

DONNA GRAY
ASSISTANT FEDERAL DEFENDER
300 ALA MOANA BLVD. SUITE 7104
HONOLULU HAWAII 96850

**RE: P.S.I. OBJECTIONS, MODIFICATIONS AND OR ADENDUMS.**

Dear Donna.

The following are the objections that I strongly believe should be made to my P.S.I. Report.

Please consider that if there is nothing close to the final Sentence computation of what I am believing should be. I have no choice but to go ahead and withdraw my change of plea.

Please replay my message at you earliest convenience and/or schedule a visit with the interpreter to this institution.

Thank you for your time and consideration.

Sincerely.

*Arnulfo Ocampo*
Arnulfo Ocampo
# 91554-022

cc. MEXICAN CONSULATE. Honolulu and San Francisco.

EXHIBIT P.2