PETER C. WOLFF, JR.
Federal Public Defender
District of Hawaii

DONNA GRAY
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545

Attorney for Defendant-Appellant
ARNULFO BARAJAS OCAMPO

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | C.A. NO. 06-10264 |
| Plaintiff-Appellee, | D.C. NO. 04-00279-JMS (District of Hawaii) |
| vs. | MOTION TO WITHDRAW AS COUNSEL |
| ARNULFO BARAJAS OCAMPO, | |
| Defendant-Appellant. | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to this Court's Circuit Rule 4-1(c)(6), counsel for defendant-appellant Arnulfo Barajas Ocampo moves to withdraw as counsel. Counsel has filed an opening brief in the present matter pursuant to Anders v. California, 386 U.S. 738 (1967), and United States v. Griffy, 895 F.2d 561 (9th Cir. 1990). Having

EXHIBIT Q

conscientiously reviewed the record, counsel is of the belief that the appeal is frivolous and that there are no issues to appeal.

DATED: Honolulu, Hawaii, July 14, 2006.

*/s/ Donna M. Gray*
DONNA GRAY
Attorney for Defendant-Appellant
ARNULFO BARAJAS OCAMPO

2

EXHIBIT Q