AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

FOR THE DISTRICT OF HAWAII

ARNULFO BARAJAS-OCAMPO, PETITIONER,
v.
UNITED STATES OF AMERICA, RESPONDENT.

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 04-CR-00279-JMS-01

I, ARNULFO BARAJAS-OCAMPO, declare that I am the (check appropriate box)

☒ petitioner/plaintiff
☐ respondent/defendant
☐ movant (filing 28 U.S.C. 2255 motion)
☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends?   Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?   Yes ☐   No ☒
   d. Gifts or inheritances?   Yes ☐   No ☒
   e. Any other sources?   Yes ☐   No ☒

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/9/07__
              (Date)

_Arnulfo Ocampo_
Signature of Applicant

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __64.83__ on account to his credit at the __LSCI-Allenwood, PA__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __Per PSI, no assets or liabilities__

I further certify that during the last six months the applicant's average balance was $ __21.98__

_____, Case Manager,
Authorized by the Act of July 7, 1955, as amended, to administer officer of institution oaths (18 USC 4004)

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge     Date | United States Judge     Date<br>or Magistrate |

## Inmate Statement

| Inmate Reg #: | 91554022 | Current Institution: | Allenwood FCC |
|---|---|---|---|
| Inmate Name: | OCAMPO, ARNULFO | Housing Unit: | ALF-L-A |
| Report Date: | 10/11/2007 | Living Quarters: | L02-292L |
| Report Time: | 10:43:09 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 10/5/2007 5:14:41 PM | TFN1005 | | | Phone Withdrawal | ($5.00) | | $64.83 |
| ALX | 10/5/2007 3:18:19 PM | HIPP0907 | | | Payroll - IPP | $36.00 | | $69.83 |
| ALX | 10/5/2007 2:59:58 PM | 002000 | | | Payroll - UNICOR | $33.41 | | $33.83 |
| ALX | 9/18/2007 11:59:25 AM | 33 | | | Sales | ($4.25) | | $0.42 |
| ALX | 9/11/2007 11:51:09 AM | 30 | | | Sales | ($22.10) | | $4.67 |
| ALX | 9/10/2007 7:51:15 PM | TFN0910 | | | Phone Withdrawal | ($5.00) | | $26.77 |
| ALX | 9/7/2007 3:11:15 PM | 002103 | | | FRP Quarterly Pymt | ($25.00) | | $31.77 |
| ALX | 9/7/2007 3:06:59 PM | GIPP0807 | | | Payroll - IPP | $36.00 | | $56.77 |
| ALX | 8/14/2007 12:15:32 PM | 54 | | | Sales | ($5.30) | | $20.77 |
| ALX | 8/7/2007 6:46:32 PM | 122 | | | Sales | ($9.10) | | $26.07 |
| ALX | 8/6/2007 4:54:02 PM | TFN0806 | | | Phone Withdrawal | ($5.00) | | $35.17 |
| ALX | 8/6/2007 9:24:19 AM | GIPP0707 | | | Payroll - IPP | $36.00 | | $40.17 |
| ALX | 7/24/2007 12:09:01 PM | 88 | | | Sales | ($20.00) | | $4.17 |
| ALX | 7/17/2007 7:23:06 PM | TFN0717 | | | Phone Withdrawal | ($2.00) | | $24.17 |
| ALX | 7/17/2007 6:44:44 PM | TFN0717 | | | Phone Withdrawal | ($5.00) | | $26.17 |
| ALX | 7/10/2007 1:27:28 PM | 54 | | | Sales | ($8.70) | | $31.17 |
| ALX | 7/6/2007 3:01:55 PM | GIPP0607 | | | Payroll - IPP | $34.00 | | $39.87 |
| ALX | 7/3/2007 6:19:43 PM | 61 | | | Sales | ($10.00) | | $5.87 |
| ALX | 7/1/2007 8:05:03 AM | TFN0701 | | | Phone Withdrawal | ($5.00) | | $15.87 |
| ALX | 6/11/2007 12:22:52 PM | 49 | | | Sales | ($7.05) | | $20.87 |
| ALX | 6/8/2007 7:42:03 PM | TFN0608 | | | Phone Withdrawal | ($5.00) | | $27.92 |
| ALX | 6/8/2007 3:23:15 PM | 002086 | | | FRP Quarterly Pymt | ($25.00) | | $32.92 |
| ALX | 6/8/2007 3:09:45 PM | GIPP0507 | | | Payroll - IPP | $28.32 | | $57.92 |
| ALX | 5/19/2007 1:59:39 PM | TFN0519 | | | Phone Withdrawal | ($5.00) | | $29.60 |
| ALX | 5/7/2007 7:44:53 PM | TFN0507 | | | Phone Withdrawal | ($5.00) | | $34.60 |
| ALX | 5/4/2007 2:52:02 PM | GIPP0407 | | | Payroll - IPP | $17.64 | | $39.60 |
| ALX | 4/16/2007 12:04:21 PM | 35 | | | Sales | ($7.55) | | $21.96 |
| ALX | 4/10/2007 5:55:08 PM | TFN0410 | | | Phone Withdrawal | ($5.00) | | $29.51 |
| ALX | 4/6/2007 3:17:33 PM | GIPP0307 | | | Payroll - IPP | $18.48 | | $34.51 |
| ALX | 3/14/2007 8:49:52 PM | TFN0314 | | | Phone Withdrawal | ($5.00) | | $16.03 |
| ALX | 3/9/2007 2:54:11 PM | 002062 | | | FRP Quarterly Pymt | $0.00 | | $21.03 |
| ALX | 3/9/2007 2:52:23 PM | GIPP0207 | | | Payroll - IPP | $5.25 | | $21.03 |
| ALX | 3/8/2007 4:31:39 PM | TFN0308 | | | Phone Withdrawal | ($5.00) | | $15.78 |
| ALX | 2/23/2007 12:23:37 PM | 44 | | | Sales | ($7.10) | | $20.78 |
| ALX | 2/15/2007 5:29:41 PM | TFN0215 | | | Phone Withdrawal | ($5.00) | | $27.88 |
| ALX | 2/9/2007 | GIPP0107 | | | Payroll - IPP | $32.08 | | $32.88 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ALX | 1/19/2007 2:40:40 PM | 36 | | Sales | ($9.65) | $0.80 |
| ALX | 1/17/2007 11:56:52 AM | TFN0117 | | Phone Withdrawal | ($4.00) | $10.45 |
| ALX | 1/11/2007 7:38:27 PM | 40 | | Sales | ($11.80) | $14.45 |
| | 12:17:19 PM | | | | | |

Total Transactions: 39

Totals:　$38.58　$0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | $64.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $64.83 |
| Totals: | $64.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $64.83 |