IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO.  07-00522 JMS |
| ) | CRIMINAL NO. 04-00279-01 JMS |
| Plaintiff, ) | |
| ) | ORDER DENYING APPLICATION |
| vs. ) | TO PROCEED *IN FORMA* |
| ) | *PAUPERIS* AS MOOT |
| ARNULFO BARAJAS-OCAMPO, ) | |
| ) | |
| Defendant, ) | |
| Petitioner/Movant. ) | |
| _____ ) | |

ORDER DENYING APPLICATION TO PROCEED
*IN FORMA PAUPERIS* AS MOOT

On October 15, 2007, Arnulfo Barajas-Ocampo filed a motion for post-conviction relief pursuant to 28 U.S.C. § 2255.  On the same date, Barajas-Ocampo filed an Application to Proceed *In Forma Pauperis*.

Generally, to initiate an action in federal court a plaintiff must pay a filing fee or be granted permission to proceed *in forma pauperis*.  A § 2255 motion, however, deviates from this general rule and does not require a filing fee. As explained by the advisory committee notes to Rule 3 of the Rules Governing § 2255 Proceedings for the United States District Courts, "[t]here is no filing fee required of a movant under these rules."  Because no filing fee is required, a

petitioner need not seek *in forma pauperis* status.  Accordingly, the application to

proceed *in forma pauperis* is DENIED as moot.

       IT IS SO ORDERED.

       DATED:  Honolulu, Hawaii, October 18, 2007.



                /s/ J. Michael Seabright
                J. Michael Seabright
                United States District Judge

*United States v. Barajas-Ocampo,* Civil. No. 07-00522 JMS, Criminal No. 04-000279-01 JMS, Order Denying Application to Proceed *In Forma Pauperis* as Moot