EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CV. NO. 07-00522 JMS-BMK |
| | ) | CR. NO. 04-00279 JMS |
| Plaintiff, | ) | |
| | ) | MOTION FOR ORDER FINDING |
| vs. | ) | WAIVER OF ATTORNEY-CLIENT |
| | ) | PRIVILEGE WITH RESPECT TO |
| ARNULFO BARAJAS-OCAMPO, | ) | DEFENDANT'S MOTION UNDER |
| | ) | 28 U.S.C. § 2255 TO VACATE, |
| Defendant. | ) | SET ASIDE, OR CORRECT |
| | ) | SENTENCE BY A PERSON IN |
| | ) | FEDERAL CUSTODY; MEMORANDUM |
| | ) | OF LAW; DECLARATION OF |
| | ) | COUNSEL; PROPOSED ORDER; |
| | ) | CERTIFICATE OF SERVICE |

MOTION FOR ORDER FINDING WAIVER OF
ATTORNEY-CLIENT PRIVILEGE WITH RESPECT TO DEFENDANT'S
MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE,
OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

The United States of America, by its undersigned counsel, hereby moves this Court to issue the appended proposed Order Finding Waiver of Attorney-Client Privilege with Respect to

Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

This motion is based upon the appended Memorandum of Law and Declaration of Counsel, and the record and files of this action, and the underlying criminal proceeding.

DATED: October  26 , 2007, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By  /s/ Beverly Wee Sameshima
  BEVERLY WEE SAMESHIMA
  Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

>Arnulfo Barajas-Ocampo #91554-022
>L.S.C.I. Allenwood
>P.O. Box 1000
>White Deer, PA   17887
>
>PRO SE

Served Electronically by CM/ECF:

>Donna Gray, Esq.          donna_gray@fd.org
>
>DATED:  October   26  , 2007 at Honolulu, Hawaii.


                                   /s/ Dawn M. Aihara