IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 07-00522 JMS-BMK |
| | ) | CR. NO. 04-00279 JMS |
| Plaintiff, | ) | |
| | ) | DECLARATION OF COUNSEL |
| vs. | ) | |
| | ) | |
| ARNULFO BARAJAS-OCAMPO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION OF COUNSEL

     I, BEVERLY WEE SAMESHIMA, upon penalty of perjury, declares and states as follows:

     1.  I am an Assistant U.S. Attorney in the District of Hawaii and counsel of record representing the United States in the above-entitled criminal case.  I make this Declaration of my own personal knowledge.

     2.  On October 15, 2007, Defendant Arnulfo Barajas-Ocampo filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody wherein he seeks to vacate his sentence on the basis of alleged ineffective assistance of defense counsel.  Throughout the case, defendant had Assistant Federal Public Defender, Donna Gray, as counsel.  Donna Gray also filed a notice of appeal on behalf of Ocampo and filed an <u>Anders</u> brief in connection with said appeal. Defendant makes several claims in support of his motion.  He claims counsel was ineffective because she failed to object to

the Court's jurisdiction over him and failed to raise any issues on appeal.

       3.  I have sent copies of defendant's instant motion to Assistant Federal Public Defender Donna Gray.  In order to prepare an appropriate response to defendant's motion, a court order permitting disclosure of attorney-client communications so that Ms. Gray may respond to Ocampo's allegations is necessary.  Given the defendant's allegations, the Government submits that good cause exists, based upon the appended Memorandum of Law, for this Court to find a waiver of attorney-client privilege herein.

      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RELIEF.

      DATED:  October __26__, 2007, at Honolulu, Hawaii.

                                 /s/ Beverly Wee Sameshima
                                 BEVERLY WEE SAMESHIMA