IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 07-00522 JMS-BMK |
| | ) | CR. NO. 04-00279 JMS |
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER FINDING WAIVER OF |
| vs. | ) | ATTORNEY-CLIENT PRIVILEGE |
| | ) | WITH RESPECT TO DEFENDANT'S |
| ARNULFO BARAJAS-OCAMPO, | ) | MOTION UNDER 28 U.S.C. |
| | ) | § 2255 TO VACATE, SET ASIDE, |
| Defendant. | ) | OR CORRECT SENTENCE BY A |
| | ) | PERSON IN FEDERAL CUSTODY |

PROPOSED ORDER FINDING WAIVER OF ATTORNEY-CLIENT
PRIVILEGE WITH RESPECT TO DEFENDANT'S MOTION
UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE,
OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

Defendant Arnulfo Barajas-Ocampo filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody on October 15, 2007.  Defendant was represented by Donna Gray, Assistant Federal Public Defender, in connection with his guilty plea, sentencing and appeal.  Defendant claims that counsel rendered ineffective assistance of counsel in that counsel failed to:  (1) object to jurisdiction; and (2) failed to raise any issues on appeal.

The United States has moved this Court to issue an Order which finds that as a matter of law, defendant has waived attorney-client privilege.  The Court agrees.  By filing the motion claiming ineffective assistance of counsel, defendant has waived his attorney-client privilege with Ms. Gray as to all matters raised in his § 2255 motion.

Good cause appearing therefor, it is hereby ORDERED that Arnulfo Barajas-Ocampo has waived the attorney-client privilege as to communications with Donna Gray.

DATED: October _____, 2007, at Honolulu, Hawaii.

_____
J. MICHAEL SEABRIGHT
United States District Judge

UNITED STATES v. ARNULFO BARAJAS-OCAMPO
Cv. No. 07-00522 JMS-BMK
Cr. No. 04-00279 JMS
"Proposed Order Finding Waiver of Attorney-Client Privilege With Respect to Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody"