EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>ARNULFO BARAJAS-OCAMPO,<br><br>             Defendant. | )  CV. NO. 07-00522 JMS-BMK<br>)  CR. NO. 04-00279 JMS<br>)<br>)  ORDER FINDING WAIVER OF<br>)  ATTORNEY-CLIENT PRIVILEGE<br>)  WITH RESPECT TO DEFENDANT'S<br>)  MOTION UNDER 28 U.S.C.<br>)  § 2255 TO VACATE, SET ASIDE,<br>)  OR CORRECT SENTENCE BY A<br>)  PERSON IN FEDERAL CUSTODY |

ORDER FINDING WAIVER OF ATTORNEY-CLIENT
PRIVILEGE WITH RESPECT TO DEFENDANT'S MOTION
UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE,
OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

Defendant Arnulfo Barajas-Ocampo filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody on October 15, 2007.  Defendant was represented by Donna Gray, Assistant Federal Public Defender, in connection with his guilty plea, sentencing and appeal.  Defendant claims that counsel rendered ineffective assistance of

counsel in that counsel failed to: (1) object to jurisdiction; and (2) failed to raise any issues on appeal.

The United States has moved this Court to issue an Order which finds that as a matter of law, defendant has waived attorney-client privilege. The Court agrees. By filing the motion claiming ineffective assistance of counsel, defendant has waived his attorney-client privilege with Ms. Gray as to all matters raised in his § 2255 motion.

Good cause appearing therefor, it is hereby ORDERED that Arnulfo Barajas-Ocampo has waived the attorney-client privilege as to communications with Donna Gray as to all matters raised in his § 2255 motion.

DATED: October 26, 2007, at Honolulu, Hawaii.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

UNITED STATES v. ARNULFO BARAJAS-OCAMPO
Cv. No. 07-00522 JMS-BMK
Cr. No. 04-00279 JMS
"Order Finding Waiver of Attorney-Client Privilege With Respect to Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody"