Emmett E. Lee Loy  5689
758 Kapahulu Avenue, #429
Honolulu, Hawaii  96816
Tel. (808) 922-0455
Fax (808) 733-7808

Attorney for Defendant
SUSAN DARLENE MAKIO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. . 04-00279 (03) DAE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE TRIAL DATE |
| vs. ) | |
| ) | |
| ARNULFO BARAJAS OCAMPO, (01) ) | |
| aka Miguel LNU, ) | |
| aka Jose Luis Cervantes, ) | |
| JOHN MICHAEL WALDROUPE, (02) ) | New Trial Date: January 11, 2005 |
| SUSAN DARLENE MAKIO    (03), ) | New Time: 9:00 a.m. |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER TO CONTINUE TRIAL DATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendants ARNULFO BARAJAS OCAMPO and SUSAN DARLENE MAKIO's trial date in the above-entitled matter that was previously set for September 28, 2004, at 9:00 a.m., be and is hereby continued to January 11, 2005, at 9:00 a.m., before the Honorable Federal Chief Judge David A. Ezra.

As of August 24, 2004, Defendant JOHN MICHAEL WALDROUPE has not been arrested in this matter and, therefore, neither he nor his attorney are signatories to this stipulation.

The trial date is continued because additional time is needed to prepare.

The ends of justice are best served by granting a continuance in this matter and that the ends of justice served by the continuance outweigh the interest of the defendants and the public in a speedy trial.

EXHIBIT C

The new date for the Pre-trial Conference is set for Dec 13, 2004, at 10:00 a.m., before the Honorable Federal Magistrate Judge Leslie E. Kobayashi. Defense Motions are due on November 15, 2004, and responses due on November 29, 2004.

IT IS SO STIPULATED:

DATED:      Honolulu, Hawaii, August 24, 2004.

_____
WILLIAM M. DOMINGO
Attorney for Defendant
ARNULFO BARAJAS OCAMPO

_____
EMMETT E. LEE LOY
Attorney for Defendant
SUSAN DARLENE MAKIO

_____
BEVERLY W. SAMESHIMA
Attorney for Plaintiff
UNITED STATES OF AMERICA

**IT IS APPROVED AND SO ORDERED**:

DATED:      Honolulu, Hawaii, AUG 30 2004

_____
United States Magistrate Judge
District of Hawaii
United States District Judge