DANIEL T. PAGLIARINI 4585-0
Suite 2100, Bishop Street Tower
700 Bishop Street
Honolulu, HI. 96813
Phone: (808) 587-5800

Attorney for Defendant
Susan Makio

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 3 2004

____ o'clock and ____ min. ____ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr. No. 04-00279 DAE |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING TRIAL AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. ) | |
| ARNULFO BARAJAS OCAMPO, (01) ) aka Miguel LNU, aka Jose Luis Cervantes ) JOHN MICHAEL WALDROUPE, (02) ) SUSAN DARLENE MAKIO, (03) ) | |
| Defendants, ) | |

**STIPULATION AND ORDER CONTINUING TRIAL
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**

It is hereby stipulated and agreed by and between the undersigned parties as follows:

1. The Defendants require additional time to adequately investigate and prepare for Defendants' trial that was scheduled for January 11, 2005. Additional pretrial preparation time is critical to the assessment and preparation of the case for the Defendant. A continuance of the trial date is necessary to insure that the defendants are afforded an opportunity to have a reasonable period of time to properly investigate the allegations and prepare for trial.

2. The ends of justice served by continuing the trial from January 11, 2005

EXHIBIT D

to June 1, 2005 outweigh the best interest of the public and the defendant in a speedy trial.

3. The Defendants in the instant case desire additional time, to obtain the needed information and prepare for appropriate pretrial motions and trial. It is agreed and stipulated that Defendants' pretrial motion's deadline be continued from *November 15, 2004 to April 4, 2005.* The Government's response deadline is continued from *November 29, 2004 to April 18, 2005.* Defendants' trial shall be continued from *January 11, 2005 to June 1, 2005 at 9:00 A.M.* before the Honorable David A. Ezra. A final pretrial conference is rescheduled before Magistrate Leslie Kobayashi on *May 2, 2005 at 10:00 a.m.*

4. The parties stipulate to this continuance to ensure that there is reasonable time for effective preparation for trial pursuant to 18 United States Code, Section 3161 (h) (8) (B) (iv). It is further stipulated that the period of time from January 11, 2004, up to and including June 1, 2005, is excludable for purposes of computing time under the Speedy Trial Act.

Dated: Honolulu, Hawaii, _____  DEC - 9 2004

_____
Daniel T. Pagliarini
Counsel for Defendant
Susan Darlene Makio

_____
Jeffrey Arakaki
Counsel for Defendant
John Waldroupe

_____
Donna Gray
Assistant Federal Public Defender
Counsel for Defendant
Arnulfo Barajas Ocampo

2

/s/ Florence T. Nakakuni
_____
Beverly Wee Sameshima
Assistant United States Attorney

APPROVED AND SO ORDERED:

DAVID ALAN EZRA
_____
Honorable David A. Ezra
Judge of the above-entitled court

U.S.A. vs. ARNULFO BARAJAS OCAMPO, et. al.; CR.NO. 04-00279 DAE;
STIPULATION AND ORDER CONTINUING TRIAL AND EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT