CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by First Class Mail:

>    ARNULFO BARAJAS-OCAMPO
>    Immate No. 91554-022
>    FCI Allenwood Low
>    Federal Correctional Institution
>    P.O. Box 1000
>    White Deer, PA   17887
>
>    *Pro Se*

DATED: ____11/30____, 2007, at Honolulu, Hawaii.

_____