cc: JMS
cover page to petitioner

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 31 2007

at 11 o'clock and 45 min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

ARNULFO BARAJAS-OCAMPO
        PETITIONER,

                                            CR 04-00279 JMS
     V.                                     CV. NO. 07-00522 [JMS-BMK]

UNITED STATES OF AMERICA
        RESPONDENT.

---

MOTION FOR EXTENSION OF TIME TO TRAVERSE
GOVERNMENT'S RESPONSE TO PETITIONER MOTION
PURSUANT 28 U.S.C. § 2255

COMES NOW, PETITIONER ARNULFO BARAJAS-OCAMPO, ACTING PRO SE, WHO HEREBY MOVES BEFORE THIS HONORABLE DISTRICT COURT TO ENLARGE TIME TO TRAVERSE THE GOVERNMENT'S RESPONSE TO PETITIONER'S "MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE," UNDER TITLE 28 U.S.C. § 2255 AND IN SUPPORT OF HIS MOTION, PETITIONER STATES UNDER PENALTY OF PERJURY AS FOLLOW:

PETITIONER IS A MAN THAT IS NOT VERSED IN THE LAW, FURTHERMORE, THE COURT IS WELL AWARE THAT DEFENDANT DOES NOT SPEAK, WRITE OR UNDERSTAND ENGLISH AND THE COURT UTILIZED TRANSLATION SERVICES EVERY TIME THAT DEFENDANT WENT TO THE DISTRICT COURT.

PETITIONER RESPECTFULLY REQUEST THIS HONORABLE DISTRICT COURT, VIEW HIS REQUEST IN THE SPIRIT OF **HAINES v. KERNER**, 404 U.S. 519 (1972), AND RECOGNIZANCE OF HIS PRO SE STATUS.

PETITIONER NEEDS HELP EITHER, TO TRANSLATE THE GOVERNMENT'S RESPONSE AND TO PREPARE HIS TRAVERSE TO THE SAID GOVERNMENT'S RESPONSE TO PETITIONER'S MOTION PURSUANT 28 U.S.C. § 2255.

FOR THIS REASONS, PETITIONER REQUEST THIS HONORABLE DISTRICT COURT TO ENLARGE TIME UNTIL JANUARY 22, 2008 TO TRAVERSE THE GOVERNMENT'S RESPONSE TO MY MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE, PURSUANT TITLE 28 U.S.C. § 2255.

**WHEREFORE**, PETITIONER ARNULFO BARAJAS-OCAMPO, PRAYS THIS HONORABLE DISTRICT COURT IN THE PUBLIC INTEREST THAT IS THE INTEREST OF JUSTICE, TO GRANT RELIEF AS ABOVE.

WITH DUE RESPECT SUBMITTED

DATED ON DEC. 20, 2007.

*Arnulfo Ocampo B*
ARNULFO BARAJAS-OCAMPO
REG. NO. 91554-022
L.S.C.I. ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887