# PROOF OF SERVICE

I certify that on 12/20/07 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

BEVERLY WEE SAMESHIMA #2556
ASSISTANT U.S. ATTORNEY
ROOM 6100, PJKK FEDERAL BLDG.
300 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96850

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on 12/20/07 (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_Arnulfo Ocampo B._
Signature

Dated: 12/20/07

Rev. 09/05

-3-