ARNULFO BARAJAS-OCAMPO
REG. NO. 91554-022
LOW SECURITY CORRECTIONAL
INSTITUTION - ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
300 ALA MOANA BLVD. C-338
HONOLULU, HAWAII 96850-0338

**RECEIVED**
DEC 31 2007
11:45 am
CLERK U.S. DISTRICT COURT
DISTRICT OF HAWAII