IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ARNULFO BARAJAS-OCAMPO,  )<br>  )<br>        Petitioner,  )<br>  )<br>  vs.  )<br>  )<br>UNITED STATES OF AMERICA,  )<br>  )<br>        Respondent.  )<br>_____ ) | CV. NO. 07-00522 JMS/BMK<br>CR. NO. 04-00279 JMS<br><br>ORDER GRANTING MOTION FOR<br>EXTENSION OF TIME FOR<br>PETITIONER TO FILE A REPLY TO<br>THE GOVERNMENT'S RESPONSE<br>TO PETITIONER'S MOTION<br>PURSUANT TO 28 U.S.C. § 2255 |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR PETITIONER TO FILE A REPLY TO THE GOVERNMENT'S RESPONSE TO PETITIONER'S MOTION PURSUANT TO 28 U.S.C. § 2255**

On December 31, 2007, Petitioner Arnulfo Barajas-Ocampo ("Petitioner") filed a Motion for Extension of Time to File a Reply to the Government's Response to Petitioner Motion Pursuant [to] 28 U.S.C. § 2255 ("Petitioner's Motion"), until January 22, 2008. For good cause appearing

///

///

///

///

///

///

therefore, the court hereby GRANTS Petitioner's Motion. Petitioner's Reply is due no later than January 22, 2008.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, January 2, 2008.



          /s/ J. Michael Seabright
          J. Michael Seabright
          United States District Judge

*Barajas-Ocampo v. United States*, CV. NO. 07-00522 JMS/BMK, CR. NO. 04-00279 JMS, Order Granting Motion for Extension of Time for Petitioner to File a Reply to the Government's Response to Petitioner's Motion Pursuant to 28 U.S.C. § 2255