IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

ARNULFO-BARAJAS-OCAMPO
                    PETITIONER,

V.                                    CR 04-00279 JMS
                                      CV 07-00522 JMS-BMK

UNITED STATES OF AMERICA
                    RESPONDENT.

PETITIONER'S
SECOND MOTION FOR EXTENSION OF TIME
TO TRAVERSE GOVERNMENT'S RESPONSE TO
PETITIONER'S MOTION PURSUANT 28 U.S.C § 2255

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 23 2008
at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

COMES NOW, PETITIONER ARNULFO BARAJAS-OCAMPO, ACTING PRO SE, WHO HEREBY MOVES BEFORE THIS HONORABLE DISTRICT COURT TO ENLARGE TIME TO TRAVERSE THE GOVERNMENT'S RESPONSE TO PETITIONER'S "MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE," UNDER TITLE 28 U.S.C. § 2255 AND IN SUPPORT OF HIS MOTION, PETITIONER STATES UNDER PENALTY OF PERJURY AS FOLLOW:

PETITIONER IS A MAN THAT IS NOT VERSED IN THE LAW. FURTHERMORE, THE COURT IS WELL AWARE THAT DEFENDANT DOES NOT SPEAK, WRITE OR UNDERSTAND ENGLISH AND THE COURT UTILIZED TRANSLATION SERVICES EVERY TIME THAT DEFENDANT WENT TO THE DISTRICT COURT.

PETITIONER RESPECTFULLY REQUEST THIS HONORABLE DISTRICT COURT, VIEW HIS REQUEST IN THE SPIRIT OF **HAINES v. KERNER, 404 U.S. 519 (1972)**, AND RECOGNIZANCE OF HIS **PRO SE** STATUS.

PETITIONER NEEDS HELP EITHER, TO TRANSLATE THE GOVERNMENT'S RESPONSE TO PETITIONER'S MOTION PURSUANT 28 U.S.C. § 2255.

PETITIONER IS WORKING AT THE INSTITUTIONAL FACTORY (UNICOR), FOR FIFTEEN HOURS A DAY AND SEVEN DAYS A WEEK WITH OVERTIME. PETITIONER MUST WORK BY INSTITUTIONAL APPOINTED. DISOBEYING INSTITUTIONAL APPOINTED WILL RECEIVE DISCIPLINARY ACTION. PLEASE SEE **EXHIBIT A**.

PETITIONER WITH DUE RESPECT IS REQUESTING **21** BUSSINES DAYS EXTENSION OF TIME TO FINISH HIS MOTION TO TRAVERSE GOVERNMENT'S RESPONSE.

**WHEREFORE**, PETITIONER ARNULFO BARAJAS-OCAMPO, PRAYS THIS HONORABLE DISTRICT COURT IN THE PUBLIC INTEREST THAT IS THE INTEREST OF JUSTICE, TO GRANT RELIEF AS ABOVE.

RESPECTFULLY SUBMITED

DATED ON JANUARY 17, 2008

*Arnulfo O*

ARNULFO BARAJAS-OCAMPO
REG. NO. 91554-022
L.S.C.I. ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

# PROOF OF SERVICE

I certify that on \_\_1/17/08\_\_ (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

BEVERLY WEE SAMESHIMA #2556
ASSISTANT U.S. ATTORNEY
ROOM 6100, PJKK FEDERAL BLDG.
300 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96850

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on \_\_1/17/08\_\_ (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_Arnulfo O._
Signature

Dated: 1/17/08

Rev. 09/05

7

```
INST: AW    FACT: LS    GROUP: LS110            CREW: MILL 1

Name: OCAMPO, ARNULFO                           Grade: 4
Reg-num: 91554-022
                        Amount      Hours
Standard Pay         $  134.21    291:45    Date Computed           01/04/08
Group Incentive Pay       0.00      0:00    Anniversary Date        09/18/07
Indiv. Incentive Pay      0.00      0:00    Longevity Months               4
Overtime Premium Pay     66.47    144:30    UNICOR Work Months             4
Holiday Pay               7.14     15:30    Accrued Vacation Hours    015:32
Administrative Pay        0.00      0:00    Prev Yrs Vacation Hours   000:00
Vacation Taken Pay        0.00      0:00    Unpaid Call-out Hours       7:30
Vacation Cashed Pay       0.00      0:00    Rework Hours                0:00
Lost Time Wage            0.00      0:00    Unpaid Off-std Hours        0:00
Premium Pay               0.00             Final Pay?                    NO
Longevity Pay             0.00
Gross Pay               207.82
Adjustments               0.00
                    ----------  --------
Net Pay              $  207.82    451:45
```

EXHIBIT A.

```
DATE: 01/1                MONTHLY HOURS/PRODUCTION REPORT    PAGE:    260
INMATE PAYROLL   awfcil.db                                   USER ID: 39683054
                     REPORT DATE: 12/01/07 - 12/31/07

Last Name: OCAMPO                          First Name: ARNULFO
Register Number: 91554-022
```

| Day | Labor Hours | Labor Type | Call Hours | Call Type | Grade | Job | Item | Oper | Units |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 10:00 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 02 | 15:00 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 03 | 07:45 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| 04 | 07:45 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| 05 | 07:30 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 05 | 07:45 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| 06 | 07:30 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 06 | 07:45 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| 07 | 07:30 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 07 | 07:45 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| 10 | 06:00 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 10 | 07:45 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| 11 | 07:30 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 11 | 07:45 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| 12 | 05:00 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 12 | 04:45 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| 12 | | | 03:00 | O | 4 | | | | 00000 |
| 13 | 07:30 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 13 | 07:45 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| 14 | 07:45 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| 17 | 07:30 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 17 | 07:45 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| 18 | 07:30 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 18 | 07:45 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| 19 | 07:30 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 19 | 06:45 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| 19 | | | 01:00 | O | 4 | | | | 00000 |
| 20 | 07:30 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 20 | 07:45 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| 21 | 06:00 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 21 | 04:15 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| 21 | | | 03:30 | O | 4 | | | | 00000 |
| 23 | 07:30 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 26 | 07:30 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 26 | 07:45 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| 27 | 07:30 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 27 | 07:45 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| 28 | 07:45 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| 29 | 15:00 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 30 | 05:00 | OI | | | 4 | 9999 | | 000-00 | 00000 |
| 31 | 07:45 | SD | | | 4 | 9999 | | 000-00 | 00000 |
| | ------ | | ------ | | | | | | ------ |
| | 291:45 | | 7:30 | | | | | | 000000 |

EXHIBIT A