ARNULFO BARNAS-OCAMPO
REG. NO. 91554-022
LOW SECURITY CORRECTIONAL
INSTITUTION - ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 23 2008
DISTRICT OF HAWAII

CLERK OF COURT
U.S. DISTRICT COURT FOR THE
DISTRICT OF HAWAII
300 ALA MOANA BLVD, C-338
HONOLULU, HAWAII 96850-0338