IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ARNULFO BARAJAS-OCAMPO, | ) | CIV. NO.  07-00522 JMS/BMK |
| | ) | CR. NO.    04-00279 JMS |
| Petitioner, | ) | |
| | ) | ORDER GRANTING IN PART AND |
| vs. | ) | DENYING IN PART PETITIONER'S |
| | ) | SECOND MOTION FOR |
| UNITED STATES OF AMERICA, | ) | EXTENSION OF TIME FOR |
| | ) | PETITIONER TO FILE A REPLY TO |
| Respondent. | ) | THE GOVERNMENT'S RESPONSE |
| | ) | TO PETITIONER'S MOTION |
| _____ | ) | PURSUANT TO 28 U.S.C. § 2255 |

**ORDER GRANTING IN PART AND DENYING IN PART PETITIONER'S
SECOND MOTION FOR EXTENSION OF TIME FOR PETITIONER TO
FILE A REPLY TO THE GOVERNMENT'S RESPONSE TO
PETITIONER'S MOTION PURSUANT TO 28 U.S.C. § 2255**

On January 23, 2008, Petitioner Arnulfo Barajas-Ocampo

("Petitioner") filed a Second Motion for Extension of Time for Petitioner to File a

Reply to the Government's Response to Petitioner's Motion Pursuant to

28 U.S.C. § 2255 ("Petitioner's Second Motion"), requesting 21 additional

business days.  The court previously granted Petitioner's First Motion for

Extension of Time to File a Reply, providing Petitioner until January 22, 2008 to

file his Reply.  For good cause appearing therefore, the court GRANTS

Petitioner's Second Motion to the extent Petitioner seeks additional time to file a

reply, but DENIES Petitioner's Second Motion to the extent Petitioner seeks 21

business days.  Petitioner must file a Reply by February 11, 2008.  No further

extensions will be granted.

    IT IS SO ORDERED.

    DATED:  Honolulu, Hawaii, January 24, 2008.



           /s/ J. Michael Seabright
           _____
           J. Michael Seabright
           United States District Judge

*Barajas-Ocampo v. United States*, CIV. NO. 07-00522 JMS/BMK, CR. NO. 04-00279 JMS, Order Granting in Part and Denying in Part Petitioner's Second Motion for Extension of Time for Petitioner to File a Reply to the Government's Response to Petitioner's Motion Pursuant to 28 U.S.C. § 2255