**Highest Offense Level (Terminated)**
None

**Complaints**                                                                    **Disposition**
None

**Plaintiff**

USA          represented by   **Beverly W. Sameshima**
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850
541-2850
Email: beverly.sameshima@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2004 | 1 | COMPLAINT by DEA S/A Jude A. Tanella against Arnulfo Barajas Ocampo signed by Mag Judge Kevin S. Chang [ 1:04-m -521 ] (afc) (Entered: 07/15/2004) |
| 07/15/2004 | 2 | MOTION to detain defendant without bail by USA as to Arnulfo Barajas Ocampo [ 1:04-m -521 ] (afc) (Entered: 07/15/2004) |
| 07/15/2004 | 3 | EP: MINUTES: [2-1] INITIAL APPEARANCE of Arnulfo Barajas Ocampo; defendant present, in custody. Interpreter Patricia Harpstrite present and sworn. Defendant sworn to the financial affidavit and request for court appointed attorney is granted. Ms. Faymonville and the Office of the Federal Public Defender are appointed as counsel for defendant. Defendant will not contest detention. Government's Motion to Detain is granted. Government to prepare the order. Preliminary Hearing set for 7/29/04, 10:00am, before Judge Chang Defendant is remanded to the custody of the USMS ; Arnulfo Barajas Ocampo Attorney Loretta A. Faymonville present ( Ct Rptr: C5 CD6 3:18:24-3:21:32) by Judge Kevin SC Chang [ 1:04-m -521 ] (eps) (Entered: 07/16/2004) |
| 07/15/2004 | 4 | DECLARATION of interpreter - Patricia Harpstrite [ 1:04-m -521 ] (eps) (Entered: 07/16/2004) |
| 07/15/2004 | 5 | FINANCIAL Affidavit as to Arnulfo Barajas Ocampo [ 1:04-m -521 ] (eps) (Entered: 07/16/2004) |

- 73 -

| | | |
|---|---|---|
| 07/23/2004 | 6 | ORDER of Detention pending trial by Mag Judge Kevin S. Chang as to Arnulfo Barajas Ocampo [ 1:04-m -521 ] (afc) (Entered: 07/23/2004) |
| 07/27/2004 | 8 | ORDER granting Government's motion to detain defendant without bail as to Susan Darlene Makio [2-1] by Mag Judge Kevin S. Chang by USA [ 1:04-m -527 ] (bbb) (Entered: 07/27/2004) |
| 07/28/2004 | 9 | EP: INDICTMENT by USA Counts filed against Arnulfo Barajas Ocampo (1) count(s) 1, 2, John Michael Waldroupe count(s) 1, 2, Susan Darlene Makio (3) count(s) 1, 2; Summons & Warrant ordered ( Laura Savo ) by Mag Judge Kobayashi (gs) (Entered: 07/29/2004) |
| 07/29/2004 | 12 | PS issued as to Arnulfo Barajas Ocampo ; arraignment set for 10:00 7/30/04 for Arnulfo Barajas Ocampo before Mag Judge Kevin S. Chang (sealed) (Entered: 07/29/2004) |
| 07/29/2004 | 13 | EO: MINUTES: At deft's request, the A & P as to the Indictment as to deft Susan Makio currently set for 7/30/04 before Judge Chang has been continued to 8/3/04 at 2:30 p.m. before Judge Kurren by Mag Judge Chang (sealed) (Entered: 07/30/2004) |
| 07/30/2004 | 14 | EP: MINUTES: A & P to the Indictmemt as to Deft Arnulfo Ocampo - deft present, in custody; Interpreter Patricia Harpstrite present and previously sworn; Arraignment waived; plea of NOT GUILTY entered; Jury Selection/Trial: 9/28/04, 9:00 a.m., Judge Ezra; Final Pretrial Conference: 8/30/04, 10:00 a.m., Judge Kurren; Motions due: 8/23/04; Response due: 9/7/04; Deft is remanded to the custody of the USMS ; Arnulfo Barajas Ocampo, USA Attorney Beverly W. Sameshima, Shanlyn A.S. Park for William Domingo, Patricia Harpstrite present (Ct Rptr: C5;CD7 (sealed hearing); 10:09 - 10:11) by Mag Judge Chang (sealed) (Entered: 08/02/2004) |
| 08/03/2004 | 16 | PS returned executed on 7/30/04 as to Arnulfo Barajas Ocampo (sealed) (Entered: 08/03/2004) |
| 08/24/2004 | 19 | EO: MINUTES: Final Pretrial Conference has been continued from 08/30/2004 10:00:00 AM to 12/13/2004 10:00:00 AM, Judge presiding changed from BMK to LEK, from COURTROOM 6 to COURTROOM 7. Jury Selection/Trial to Follow has been continued from 09/28/2004 09:00:00 AM to 01/11/2005 09:00:00 AM before DAE. Motions due: 11/15/2004. Responses due: 11/29/2004. Time to be excluded. Stip to be prepared by Mr. Lee Loy [jury trial set for 9:00 1/11/05 for Arnulfo Barajas Ocampo, for Susan Darlene Makio; final pretrial conf set for 10:00 12/13/04 for Arnulfo Barajas Ocampo, for Susan Darlene Makio] by Judge David A. Ezra (afc) (Entered: 08/25/2004) |
| 08/30/2004 | 20 | STIPULATION and order to continue trial date by Judge David A. Ezra ; jury trial set for 9:00 1/11/05 for Arnulfo Barajas Ocampo, for Susan Darlene Makio ; pretrial conference set for 10:00 12/13/04 for Arnulfo Barajas Ocampo, for Susan Darlene Makio (eps) (Entered: 08/31/2004) |

ATTACHED A    7/6/2006 2:42 PM

| | | |
|---|---|---|
| | | previously sworn, present. Oral Motion to continue Motion for Withdrawal of Not Guilty Plea and to Plead Anew Granted. Motion for Withdrawal of Not Guilty Plea and to Plead Anew is continued to 3:30 5/12/05, LEK. Defendant remanded to the custody of the US Marshal ; Arnulfo Barajas Ocampo Attorney Donna Gray, Beverly W. Sameshima present ( Ct Rptr: C7 11:30-11:35) by Judge Leslie E Kobayashi (eps) (Entered: 05/02/2005) |
| 05/12/2005 | 58 | CONSENT to Rule 11 plea in a felony case before a United States Magistrate Judge as to Arnulfo Barajas Ocampo (eps) (Entered: 05/12/2005) |
| 05/12/2005 | 59 | EP: MINUTES: Motion for Withdrawal of Not Guilty Plea and To Plead Anew - Defendant (01) Arnulfo Barajas Ocampo present in custody. Interpreter Patricia Harpstrite, previously sworn, present. Deft sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate, signatures verified and filed. Court informs Deft of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, etc. Plea of Guilty as to Counts 1 and 2 of the Indictment entered by the Deft. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO. SENTENCING to Counts 1 and 2 of the Indictment set for 3:00 p.m. 01/23/06 before Judge David Alan Ezra. Defendant (01) Arnulfo Barajas Ocampo remanded to the custody of the US Marshal sentencing hearing set for 3:00 1/23/06 for Susan Darlene Makio ; Arnulfo Barajas Ocampo Attorney Beverly W. Sameshima, Donna Gray present ( Ct Rptr: C7 3:37-4:23) by Judge Leslie E Kobayashi (eps) (Entered: 05/12/2005) |
| 05/12/2005 | 60 | Report and Recommendation concerning Plea of Guilty as to Arnulfo Barajas Ocampo (eps) (Entered: 05/13/2005) |
| 05/27/2005 | 61 | NOTICE of hearing setting hearing on CR04-279DAE, USA v. (02) John Waldroupe Motion for Withdrawal of Not Guilty Plea and to Plead Anew as to Defendant (02) John Michael Waldroupe set 6/2/05 at 2:00pm before Judge Chang. AUSA: Beverly Sameshima Def Atty: Jeff Arakaki, via mail (eps) (Entered: 05/31/2005) |
| 06/01/2005 | 63 | Acceptance of Plea of Guilty, Adjudication of Guilt and Notice of Sentencing as to Arnulfo Barajas Ocampo by Judge David A. Ezra (eps) (Entered: 06/01/2005) |
| 06/02/2005 | 65 | NOTICE of hearing setting hearing on CR04-279DAE, USA v. (02) John Waldroupe 1. Motion for Withdrawal of Not Guilty Plea and Plead Anew as to defendant (02) John Waldroupe, and 2. Motion for Release to Drug Treatment has been rescheduled to 6/3/05 at 2:30pm before Judge Chang. AUSA: Beverly Sameshima Def Atty: Jeff Arakaki, confirmed via phone (eps) (Entered: 06/02/2005) |
| 06/08/2005 | 70 | ORDER denying defendant's motion for releaes; certificate of service - by Mag Judge Kevin S. Chang - denying motion for release as to defendant (02) John Michael Waldroupe [62-1] - on behalf of USA (lmg) (Entered: |

- 76 -

ATTACHED A