```
 1              THE COURT:  Was July 15th.
 2              All right.  So let me ask you again, then.  July
 3    13th and 14th, were these -- of 2003 -- 4.  July 13th and
 4    14th, 2004.  Were those the dates that you met with various
 5    people and offered them samples and also to sell
 6    methamphetamine.
 7              THE DEFENDANT:  Um hm.
 8              THE COURT:  Is that yes?
 9              THE DEFENDANT:  Yes.
10              THE COURT:  All right.  Anything else you want me
11    to cover with him?
12              MS. SAMESHIMA:  No, Your Honor.  Thank you.
13              THE COURT:  All right.
14              Ms. Gray, are you aware of any reason why I
15    should not accept your client's pleas of guilty to Counts 1
16    and 2 of the Indictment?
17              MS. GRAY:  No, Your Honor.
18              THE COURT:  All right, Mr. Ocampo Barajas, as to
19    Count 1 that charges you with knowingly and intentionally
20    conspiring to distribute and possess with the intent to
21    distribute fifty grams or more of methamphetamine, how do
22    you plead to that charge, sir; guilty or not guilty?
23              THE DEFENDANT:  Well, I wasn't in my -- I didn't
24    have my five senses with me.  I was just -- I was drunk
25    every day.
```