DECEMBER 21, 2005

ARNULFO OCAMPO
# 91554-022
F.D.C. HONOLULU
P.O. BOX 30080
HONOLULU HAWAII 96820

DONNA GRAY
ASSISTANT FEDERAL DEFENDER
300 ALA MOANA BLVD. SUITE 7104
HONOLULU HAWAII 96850

RE: P.S.I. OBJECTIONS, MODIFICATIONS AND OR ADENDUMS.

Dear Donna.

The following are the objections that I strongly believe should be made to my P.S.I. Report.

Please consider that if there is nothing close to the final Sentence computation of what I am believing should be. I have no choice but to go ahead and withdraw my change of plea.

Please replay my message at you earliest convenience and/or schedule a visit with the interpreter to this institution.

Thank you for your time and consideration.

Sincerely.

*Arnulfo Ocampo*
Arnulfo Ocampo
# 91554-022

cc. MEXICAN CONSULATE.  Honolulu and San Francisco.

ATTACHED D.