• Complete Forecast | Homepa



**CLEVELAND.COM**
Everything Cleveland

SEARCH: Enter Keyword(s)  GO!

| HOME | NEWS | LOCAL | SPORTS | BUSINESS | FORUMS | LIVING & TRAVEL |

# PD EXTRA

More from
**THE PLAIN DEALER**

- About The Author
- RSS

**Latest Posts**

- Who's who in the DEA investigation
- Police officers are now being asked to hide tattoos
- Iraq slideshow
- Bloggers react to Medical Mart
- Tri-C MusicFest schedule

**Categories**

- Afternoon Buzz (RSS)
- Architecture (RSS)
- Books (RSS)
- Breaking News (RSS)
- From the files (RSS)
- Ingenuity (RSS)
- Jessie Davis (RSS)
- Movies (RSS)
- Music (RSS)
- Nightlife (RSS)
- Photos (RSS)
- Politics (RSS)
- Popular Culture (RSS)
- Senior Standouts (RSS)
- Television (RSS)
- Theater (RSS)

**Favorite Links**

**Archived Posts**

------

## Who's who in the DEA investigation
Posted by Mike Tobin July 29, 2007 05:12AM
Key figures in the U.S. Justice Department's investigation into DEA special agent Lee Lucas:

**DEA agent Lee Lucas:** Grew up in Cleveland and has been investigated at least six times during his 17-year career that spanned years in Miami, Bolivia and Cleveland.

**Jerrell Bray:** Lucas' informant from Cleveland who worked with the DEA agent for more than a year after Bray was released from prison. He is accused of shooting a suspected drug dealer during a marijuana deal in May.

**U.S. Attorney Greg White:** Released three convicted drug felons linked to Lucas' investigations.

**Assistant Federal Public Defender Carlos Warner:** Interviewed Lucas' informant, Jerrell Bray, who helped Lucas investigate suspected drug dealers in Mansfield. Informant broke down in tears, admitting that he lied.

**Geneva France:** Mansfield woman convicted in 2006 after a jury trial and sentenced to 10 years in prison based on allegations brought by Bray and Lucas, who both testified against her. In June, White's office urged her release.

**Joshawa Webb:** Mansfield man accused of selling cocaine to Bray and Lucas in 2005. Federal Prosecutor White tossed out the charges this month. Webb had been held in pretrial detention.

**Nathaniel Roberts:** Cleveland informant accused of buying $4,700 in cocaine from a Cleveland drug peddler in 2001; most of the drug was for police, but his attorney said Roberts also bought some for himself to maintain his cover as a drug dealer. The tape of the drug transaction was tampered with, prompting a federal corruption task force to look into Lucas in 2003. The investigation was later quashed, and the DEA looked into Lucas.

*SOURCES: Court documents, interviews and public records.*

| Permalink (Learn More)
Share: Reddit | Digg | del.icio.us | Google | Yahoo | What is this?

**COMMENTS (0)**    Post a comment

ATTACHED F