IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

ARNULFO BARAJAS-OCAMPO
         MOVANT,

         V.                                CASE   CRIMINAL NO. 04-00279 JMS

                                                  CIVIL NO. 07-00522 JMS BMK
UNITED STATES OF AMERICA
         RESPONDENT.

## APPLICATION FOR CERTIFICATE OF APPEALABILITY

NOW COMES, ARNULFO BARAJAS-OCAMPO, APPELLANT PRO SE AND SEEKS A CERTIFICATE OF APPEALABILITY ("COA") TO APPEAL DISTRICT COURT'S DENIAL HIS 28 U.S.C. § 2255 " MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE.

THERE ARE THREE ISSUES ON MOVANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255, THAT WAS SUPPORTED BY: (1) PETITIONER'S AFFIDAVIT (SIGNED UNDER PENALTY OF PERJURY); (2) PETITIONER'S AMMENDED 2255 MOTION BY A MEMORANDUM OF LAW AND PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL AND FOR EVIDENTIARY HEARING.

## I. STATEMENT OF FACTS

ON FEBRUARY 29, 2008, HONORABLE JUDGE J. MICHAEL SEABRIGHT, SIGNED AN "ORDER DENYING OCAMPO'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255, AND MOTION FOR APPOINTMENT OF COUNSEL

AND FOR EVIDENTIARY HEARING."

APPELLANT ASSERTS THAT THE DISTRICT COURT IS REQUIRED TO MAKE FACT FINDINGS, AND FACT DETERMINATION ON THE ISSUES PRESENTED ON THE 2255 MOTION. IN THE INSTANT CASE THAT DID NOT HAPPEN.

THE COURT'S ORDER SIGNED ON 2/29/08, DOES NOT INFORMS IF THE CASE WAS REVIEW UNDER THE FEDARAL RULE 4 OF APPELLATE PROCEDURE.

## II. LEGAL ARGUMENT

APPELLANT HAS MADE CLAIM IN HIS MOTION TO VACATE REGARDING **COUNSEL-CLIENT** OUT OF RECORD CONVERSATIONS THAT IF TAKEN AS TRUE, APPELLANT WILL BE ENTITLED TO RELIEF. THEREFORE, THE RECORD, FILES, AND PLEADINGS WERE NOT ENOUGH, AND RECORD WAS INCOMPLETE FOR THE DISTRICT COURT TO MAKE CORRESPONDING REVIEW. FACT FINDING DETERMINATIONS WAS NECESSARY UNDER THE CIRCUMSTANCES.

APPELLANT AFFIRMS THAT HE PRODUCED SUFFICIENT INDICIA OF THE LIKELY MERIT OF HIS ALLEGATION TO WARRANT AN EVIDENTIARY HEARING, THAT PETITIONER REQUESTED ON ONE OF HIS MOTIONS SUPPORTING HIS MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT 28 U.S.C. § 2255.

APPELLANT ASSERTS THAT A JURIS OF REASONS WOULD HAVE FOUND DEBATABLE THE ISSUES PRESENTED ON HIS 2255 MOTION, AND THAT JURIS OF REASONS WILL FIND DEBATABLE THAT THE DISTRICT COURT ERRED IN ITS PROCEDURAL RULING. SEE SLACK v. McDANIEL, 529 U.S. 473 (2000).

### III. CONCLUSION

APPELANT HAS MADE SUBSTANTIAL SHOWING OF A VIOLATION OF CONSTITUTIONAL RIGHT. MILLER-EL v. COCKRELL, 535 U.S. 322 (2003); SLACK v. McDANIEL, 529 U.S. 473 (2000) AND BAREFOURT v. ESTELLE, 463 U.S. 880 (1983).

FOR ALL THE FOREGOING REASONS, APPELLANT ARNULFO BARAJAS-OCAMPO, RESPECTFULLY REQUEST THIS HONORABLE DISTRICT COURT TO VACATE ITS ORDER OF FEBRUARY 29, 2008 DENYING HIS 28 U.S.C. § 2255 MOTION AND COMITANTLY GRANT THE REINSTANTMENT OF DEFENDANT'S § 2255 HABEAS PROCEDING TO CONDUCE AN EVIDENTIARY HEARING AS REQUIRED BY 28 U.S.C. § 2255 AND APPOINTMENT OF COUNSEL.

WITH DUE RESPECT SUBMITED

*Arnulfo Ocampo B*
ARNULFO BARAJAS-OCAMPO
REG. NO. 91554-022
L.S.C.I. - ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

ON THIS DAY 22 OF APRIL, 2008

-4-