## CERTIFICATE OF SERVICE

I, ARNULFO BARAJAS-OCAMPO, DEFENDANT-MOVANT PRO SE, HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE MOVANT'S MOTION FOR "APPLICATION FOR CERTIFICATE OF APPEALABILITY" FROM "ORDER DENYING OCAMPO'S (1) MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255, AND (2) MOTION FOR APPOINTMENT OF COUNSEL AND FOR EVIDENTIARY HEARING", ON FEBRUARY 29, 2008 BY HONORABLE J. MICHAEL SEABRIGHT, U.S. DISTRICT JUDGE; HAVE BEEN SERVED ON THIS DATE BY BEING DEPOSITED IN A INSTITUTIONAL U.S. POST BOX AND MAILED ON A PRE PAID ENVELOPE VIA FIRST-CLASS MAIL TO:

U.S. ATTORNEYS OFFICE
AUSA BEVERLY WEE SAMESHIMA
300 ALA MOANA BLVD
ROOM 6-100
HONOLULU, HAWAII 96850

*Arnulfo Ocampo B*
ARNULFO BARAJAS-OCAMPO

DATED: 4/22/2008