IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 28 2008
at 1 o'clock and 25 min. P M.
SUE BEITIA, CLERK

ARNULFO BARAJAS-OCAMPO
  MOVANT,

  v.

UNITED STATES OF AMERICA
  RESPONDENT.

CRIMINAL NO. 04-00279 JMS
CASE
CIVIL NO. 07-00522 JMS-BMK

COMES NOW, MOVAN ARNULFO BARAJAS-OCAMPO ("APELLANT"), AND HEREBY RESPECTFULLY SERVED NOTICE THAT HE APPEALS CERTAIN FINAL JUDGMENT FILED ON FEBRUARY 29, 2008, PURSUANT TO THE ORDER DENYING APPELLANT'S (1) "MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. 2255, AND (2) MOTION FOR APPOINTMENT OF COUNSEL AND FOR EVIDENTIARY HEARING," BY THE HONORABLE J. MICHAEL SEABRIGHT, U.S. DISTRICT JUDGE. THIS APPEAL IS TIMELY TAKEN PURSUANT TO FEDERAL RULES OF APPELLATE PROCEDURE 4(a)(1)(B) AND 22.

"REQUEST FOR CERTIFICATE OF APPEALABILITY"

APPELLANT IS ENTITLED TO A CERTIFICATE OF APPEALABILITY ("COA"), PURSUANT TO SLACK V. McDANIEL, 529 U.S. 473 (2000).

RESPECTFULLY SUBMITTED,

Arnulfo Ocampo B.
ARNULFO BARAJAS-OCAMPO
REG. NO. 91554-022
L.S.C.I. ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

ON THIS DAY 22 OF APRIL, 2008.