LEGAL MAIL

APAULO BARMYAS-OCAUVO
REG. NO. 91554-022
LOW SECURITY CORRECTIONAL
INSTITUTION - ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

CERTIFIED MAIL

7003 3110 0006 1292 5794

U.S. DISTRICT COURT FOR HAWAII
U.S. COURTHOUSE
HONOLULU, HI 96850